1   KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2   MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
3   BENJAMIN M. GLICKMAN, State Bar No. 247907
Deputy Attorney General
4     1300 I Street, Suite 125
P.O. Box 944255
5     Sacramento, CA 94244-2550
Telephone:  (916) 323-7355
6     Fax:  (916) 324-8835
E-mail:  Benjamin.Glickman@doj.ca.gov
7
8   *Attorneys for Defendants State of California,*
*Kamala Harris, in her capacity as Attorney General*
*of California, California Fair Political Practices*
9   *Commission, and Ann Ravel, in her capacity as*
*Chair of the Fair Political Practices Commission*
10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

| | |
|---|---|
| 15  **LANDSLIDE COMMUNICATIONS, INC.,** *et al.,* | 2:13-cv-00716-GEB-KJN |
| 16            Plaintiffs, | **STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE;** |
| 17    **v.** | |
| 18 | **[PROPOSED] ORDER** |
| 19  **STATE OF CALIFORNIA,** *et al.,* | |
| 20            Defendants. | |

21

22         WHEREAS, Plaintiffs' initial complaint was filed on April 11, 2013, at which time the

23   Court entered an order setting a Status (Pretrial Conference) Conference for July 8, 2013, at 9:00

24   a.m., before the Honorable Garland E. Burrell, Jr.;

25         WHEREAS, on June 6, 2013, prior to the due date for Defendants' response to the initial

26   complaint, Plaintiffs filed a First Amended Complaint;

27         WHEREAS, Defendants' response to the First Amended Complaint is currently due on or

28   before June 27, 2013;

1

1   WHEREAS, pursuant to the Court's Order setting the July 8, 2013 Status (Pretrial

2   Scheduling) Conference, the parties are currently required to confer and develop a proposed

3   discovery plan, as required by Federal Rule of Civil Procedure 26(f), and submit a Joint Status

4   Report to the Court before Defendants' response to the First Amended Complaint is due;

5   WHEREAS, the parties are currently discussing Plaintiffs' new allegations to determine

6   whether a resolution outside of litigation is possible;

7   WHEREAS, the parties believe it would be in their best interests, as well as the interests of

8   justice and judicial efficiency, to continue the Status (Pretrial Scheduling) Conference and related

9   deadlines;

10   ///

11   ///

12   //

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    IT IS HEREBY STIPULATED by and between the parties, through their respective

2  counsel, that the Status (Pretrial Scheduling) Conference be continued to August 5, 2013, or as

3  soon thereafter as is convenient for the Court.

4  Dated:  June 14, 2013                         Respectfully submitted,

5                                                KAMALA D. HARRIS
                                                 Attorney General of California
6                                                MARK R. BECKINGTON
                                                 Supervising Deputy Attorney General
7

8                                                    /s/ Benjamin M. Glickman
9                                                BENJAMIN M. GLICKMAN
                                                 Deputy Attorney General
10
                                                 *Attorneys for All Defendants*
11

12                                               THE SUTTON LAW FIRM, PC

13

14                                               /s/ Bradley W. Hertz (as authorized on 6/14/13)
                                                 BRADLEY W. HERTZ
15
                                                 *Attorneys for Plaintiffs Landslide Communications,*
16                                               *Inc. and James V. Lacy*

17

18                                  **ORDER**

    The parties having so stipulated,
19
        IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference currently set
20
    for July 8, 2013 be continued to August 5, 2013, at 9:00 a.m.,  before Judge Burrell in
21
    Courtroom 10 of the above-entitled court.  A joint status report shall be filed fourteen days prior
22
    to the hearing.  All other requirements of the Court's April 11, 2013 Order Setting Status (Pretrial
23
    Scheduling) Conference remain in effect.
24  Date:  6/14/2013

25  _____
    GARLAND E. BURRELL, JR.
26  Senior United States District Judge

27

28

                                    3