BRADLEY W. HERTZ, State Bar No. 138564
bhertz@campaignlawyers.com
JAMES R. SUTTON, State Bar No. 135930
jsutton@campaignlawyers.com
ERIKA M. BOYD, State Bar No. 259633
eboyd@campaignlawyers.com
THE SUTTON LAW FIRM, LLC.
150 Post Street, Suite 405
San Francisco, CA 94108
Tel: 415/732-7700
Fax: 415/732-7701

Attorneys for Plaintiffs
LANDSLIDE COMMUNICATIONS, INC.
and JAMES V. LACY, IN HIS CAPACITY
AS PRESIDENT OF LANDSLIDE
COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANDSLIDE COMMUNICATIONS, INC. and JAMES V. LACY, IN HIS CAPACITY AS PRESIDENT OF LANDSLIDE COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA; KAMALA HARRIS, in her capacity as Attorney General of California; CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION; ANN RAVEL, in her capacity as Chair of the Fair Political Practices Commission, <br><br> Defendants. | Case No.: 2:13-CV-00716-GEB-KJN <br><br> **STIPULATION FOR EXTENSION OF FILING DATES FOR PLAINTIFFS' SUMMARY JUDGMENT MOTION AND DEFENDANTS' OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> **[PROPOSED] ORDER** <br><br> **Date: November 4, 2013** <br> **Time: 9:00am** <br> **Judge: Hon. Garland E. Burrell** <br> **Dept.: 10** |

1  WHEREAS, pursuant to the parties' Joint Status Report, the Court's August 7, 2013 Status (Pretrial Scheduling) Order set August 15, 2013 as the filing date for Plaintiffs' Motion for Summary Judgment, and September 12, 2013 as the filing date for Defendants' Opposition and Cross-Motion for Summary Judgment.  The parties request that the Court grant an extension of time for the filing of these papers to August 22, 2013 and September 19, 2013 respectively.

Due to the unexpected unavailability of Plaintiff James Lacy, Plaintiffs will be unable to file their Motion for Summary Judgment by August 15, 2013.  Plaintiffs respectfully seek this extension of time and will have all moving papers prepared and filed by August 22, 2013.  Plaintiffs have not previously requested an extension of time regarding this filing.

In accord with Local Rule 144(a), Plaintiffs' counsel conferred with Defendants' counsel, who has stipulated to this extension of time.  As Plaintiffs seek a week-long extension as to their summary judgment filing, the parties agreed to a week-long extension for Defendants' filing as well.  Thus, the parties respectfully request that the September 12, 2013 filing date for Defendants' papers, be extended to September 19, 2013.

This extension of time will not affect the hearing date established by the Court, nor the amount of time the Court will have to consider the parties' filings prior to the hearing.  All other filing deadlines established in the Court's August 7, 2013 Order will remain the same.  Thus, Plaintiffs' Opposition to Defendants' Cross-Motion and Reply shall be filed October 3, 2013; Defendants' Reply in Support of their Cross-Motion for Summary Judgment shall be filed October 17, 2013; and the hearing on the motion shall take place November 4, 2013.

///
///
///
///
///
///
///
///

1

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the filing date for Plaintiffs' Motion for Summary Judgment be extended from August 15, 2013 to August 22, 2013, and that the filing date for Defendants' Opposition and Cross-Motion for Summary Judgment be extended from September 12, 2013 to September, 19, 2013.

Dated: August 13, 2013         __/s/ Erika M. Boyd_____
                               Erika M. Boyd
                               Attorney for Plaintiffs Landslide Communications, Inc.
                               and James V. Lacy, in his Capacity as President of
                               Landslide Communications, Inc.

Dated: August 13, 2013         __/s/ Benjamin M. Glickman_____
                               Benjamin M. Glickman
                               Attorney for Defendants State of California, Kamala
                               Harris, in her capacity as Attorney General of California,
                               California Fair Political Practices Commission, and Ann
                               Ravel, in her capacity as Chair of the Fair Political
                               Practices Commission

## ORDER

In light of the parties' stipulation, the filing of Plaintiffs' Motion for Summary Judgment currently set for August 15, 2013 is extended to August 22, 2013, and that the filing of Defendants' Opposition and Cross-Motion for Summary Judgment currently set for September 12, 2013 is extended to September, 19, 2013.

Dated:  August 15, 2013        _____
                               GARLAND E. BURRELL, JR.
                               Senior United States District Judge