1  BRADLEY W. HERTZ, State Bar No. 138564
   bhertz@campaignlawyers.com
2  JAMES R. SUTTON, State Bar No. 135930
   jsutton@campaignlawyers.com
3  ERIKA M. BOYD, State Bar No. 259633
   eboyd@campaignlawyers.com
4  THE SUTTON LAW FIRM, PC
   150 Post Street, Suite 405
5  San Francisco, CA 94108
   Tel: 415/732-7700
6  Fax: 415/732-7701

7  Attorneys for Plaintiffs
   LANDSLIDE COMMUNICATIONS, INC.
8  and JAMES V. LACY, IN HIS CAPACITY
   AS PRESIDENT OF LANDSLIDE
9  COMMUNICATIONS, INC.

10

11              **THE UNITED STATES DISTRICT COURT**

12           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14  LANDSLIDE COMMUNICATIONS,          )   Case No. 2:13-CV-00716-GEB-KJN
    INC. and JAMES V. LACY, IN HIS     )
15  CAPACITY AS PRESIDENT OF           )   **DECLARATION OF JAMES V. LACY**
    LANDSLIDE COMMUNICATIONS,          )   **IN SUPPORT OF PLAINTIFFS'**
16  INC.                               )   **MOTION FOR SUMMARY**
                                       )   **JUDGMENT; EXHIBITS**
17           Plaintiffs,               )
                                       )   **Date:  November 4, 2013**
18           v.                        )   **Time:  9:00 a.m.**
                                       )   **Judge: Hon. Garland E. Burrell**
19  STATE OF CALIFORNIA; KAMALA        )   **Dept:  10**
    HARRIS, in her capacity as Attorney )
20  General of California; CALIFORNIA  )
    FAIR POLITICAL PRACTICES           )
21  COMMISSION; ANN RAVEL, in her      )
    capacity as Chair of the Fair Political )
22  Practices Commission,              )
                                       )
23           Defendants.               )
    _____)

24

25

26

27

28                                          DECLARATION OF JAMES V. LACY
                                            IN SUPPORT OF MOTION FOR
                                            SUMMARY JUDGMENT

                             1

1      I, JAMES V. LACY, am a Plaintiff in this action and an attorney admitted to

2 practice law in all of the courts of the State of California.  I make this Declaration based

3 on my own personal knowledge, and, if called upon to testify hereto, I could and would

4 competently do so:

5     1.   I am President of co-Plaintiff LANDSLIDE COMMUNICATIONS, INC.

6 ("Landslide").  Landslide is a California corporation (Corporation Number C3346570) in

7 good standing, qualified to do business in California, which has complied with all

8 licensing requirements as a licensed corporation.

9                 Landslide is a California Corporation in Good Standing

10     2.   A true and correct copy of Landslide's "Business Entity Detail" downloaded

11 from the California Secretary of State's website (www.sos.ca.gov) on August 20, 2013 is

12 attached hereto as Exhibit "A" and incorporated herein by this reference.  This Business

13 Entity Detail evidences that Landslide's corporate status is "ACTIVE," its principal place

14 of business is in the City of Laguna Niguel (County of Orange), State of California, in the

15 United States of America, and that I am Landslide's Agent for Service of Process.

16                 Landslide's Slate Mailer Publishing Business

17     3.   Landslide is in the business of publishing slate mailers – political mailings

18 that contain political campaign advertising purchased by candidates and ballot measures

19 as a cost-effective way of communicating with voters.  Landslide's slate mailers, in

20 addition to containing paid political campaign advertisements, also contain newsworthy

21 content regarding one or more political or public policy issues.

22                 Landslide is Recognized as the Largest Publisher

23                 of Slate Mailer Voter Guides in California

24     4.   As stated on Landslide's website (www.landslidecommunications.com), and

25 as I reaffirm here, "With almost 14 million pieces mailed in 2010, Landslide

26 Communications persuasive voter guides have a proven record of unparalleled success,

27 and the statistics demonstrate that a candidate has a better chance of winning their

28

DECLARATION OF JAMES V. LACY
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

election with our guides than without them!  Landslide Communications voter guides are among the most reliable in California, consistently mailing in every election.  Landslide Communications voter guides are an affordable way to dominate a medium in your election. Slate mail allows a candidate or measure to pay only a fraction of the actual cost of a mailing, and our specially targeted lists make sure your message gets to exactly the right demographic of voters you care about.  Landslide Communications is the largest producer of voter guides in California, per [United States Postal Service] Forms 3602!" A true and correct copy of a "screen shot" of Landslide's website "home page," downloaded and printed on August 21, 2013, is attached hereto as page 1 of Exhibit "B" and incorporated herein by this reference.

5.    As stated on the "About Us" page of Landslide's website, and as I reaffirm here, "Landslide Communications is the sole marketing agent for the best slates in California! Partners Jim and Janice Lacy have broad experience in consulting and slate mail. The OC Weekly has referred to partner Jim Lacy as "conservative slate mail king." Jim has been awarded a special "Pollie" award by the American Association of Political Consultants for his knowledge and service regarding political and advocacy direct-mail. Janice is a former Deputy Chief Counsel at the Republican National Committee in Washington, DC, and is founder of Republican Woman's Voice." A true and correct copy of the "About Us" page, downloaded and printed from Landslide's website on August 21, 2013, is attached hereto as pages 2 - 3 of Exhibit "B" and incorporated herein by this reference.

<p style="text-align:center">Landslide's National Tax Limitation Committee Newsletter</p>

6.    With regard to most of Landslide's slate mailers, there is a "pull-down" menu on Landslide's website that explains the particular slate mailer, and often contains an exemplar or a "pdf" of the mailer.  For example, clicking on the "National Tax Limitation Committee" portion of Landslide's "slate mailer" pull-down menu reveals the statement that "The National Tax Limitation Committee (NTLC) has been at work since 1975, and

DECLARATION OF JAMES V. LACY
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

1   it is one of the longest standing and strategically oriented pro-taxpayer/entrepreneur

2   organizations in America.  NTLC grew out of work which Founder and President Lew

3   Uhler did for then-Governor Ronald Reagan to constitutionally limit the growth of taxes

4   and spending year over year in order to control the size of government (Proposition 1,

5   California, 1973).  NTLC is based in Roseville, California and, along with Lew Uhler, is

6   a frequent sponsor of anti-tax, pro-business ballot measures.

7       7.   Landslide's website further states, and as I reaffirm here, "Our National Tax

8   Limitation Committee Newsletter/Voter Guide is our "Early Voter Guide" and our largest

9   mailing in terms of households.  It is mailed in the primary election just as absentee

10  ballots are issued by the counties, to high propensity Republican voters across the state

11  who are demographically selected to support a "lower taxes" message, and it captures all

12  the permanent absentee voters in the demographic.  In the general election, our list is

13  expanded to include "decline to state," high pro-voting conservative third parties, and

14  Democrats who have financial exposure to high taxation.  If you are a candidate that

15  wants to be associated with a credible organization with a real message about reducing

16  taxes and spending, you will want to buy advertising on our National Tax Limitation

17  Committee Newsletter!"  A true and correct copy of the "National Tax Limitation

18  Committee Newsletter" section of Landslide's website, downloaded and printed on

19  August 21, 2013, is attached hereto as pages 4 -5 of Exhibit "B" and incorporated herein

20  by this reference.

21              California Public Safety Newsletter and Voter Guide

22      8.   Before California Government Code section 84305.7(c) became law and

23  chilled Landslide's and my speech, one of Landslide's most popular slate mailers was the

24  "California Public Safety Newsletter and Voter Guide."  On Landslide's website, clicking

25  on the "California Public Safety Voter Guide" pull-down menu revealed the following

26  statement, which I reaffirm here, "Firefighters, police and emergency workers enjoy a

27  high approval rating, especially firefighters (85% +) across the board among members of

28

DECLARATION OF JAMES V. LACY
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

1   all political parties.  Our California Public Safety Voter Guide will seamlessly mail to

2   largely Republican households in the primary and will build to 2 million high propensity

3   voter households statewide (Republican, Democrat, Decline to State) in the general

4   election.  Our California Public Safety Voter Guide will honor the work of these public

5   safety workers and include safety content from a public safety worker."   A true and

6   correct copy of the "California Public Safety Voter Guide" section of Landslide's

7   website, downloaded and printed on July 28, 2011, is attached hereto as page 6 of <u>Exhibit</u>

8   "<u>B</u>" and incorporated herein by this reference.

9   <u>Landslide's Decision Not to Publish the California Public Safety Newsletter</u>

10   <u>and Voter Guide in the March and May 2013 Los Angeles City Elections</u>

11   9.   Because of the "chilling effect" of California Government Code section

12   84305.7(c) caused by Defendants' view that Landslide is required to disclose the number

13   of members of the California Public Safety Newsletter and Voter Guide, and because, as a

14   Newsletter and a Voter Guide, there are no members, Landslide and I do not want to be

15   compelled by law to publish this self-deprecating disclosure.  Accordingly, in the March

16   5, 2013 and May 21, 2013 Los Angeles City elections, although Landslide published

17   and mailed other of its slate mailers, we did not offer the California Public Safety

18   Newsletter and Voter Guide to candidates and ballot measure committees in those two

19   elections.  Thus, Landslide's and my speech were materially infringed upon and burdened

20   by California Government Code section 84305.7(c).

21   <u>The June 5, 2012 California Public Safety Newsletter and Voter Guide</u>

22   10.   As President of Landslide, and as the publisher who supervises and directs

23   Landslide's publication and mailing of its slate mailers, including the California Public

24   Safety Voter Guide" (also known as the "California Public Safety Newsletter and Voter

25   Guide"), I have personal knowledge of the California Public Safety Newsletter and Voter

26   Guide, how it operates, how it contains a public safety message that I write, how it

27   contains political advertising for candidates and ballot measures, and all other significant

28

DECLARATION OF JAMES V. LACY
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

1  aspects of the California Public Safety Newsletter and Voter Guide.  A true and correct

2  copy of an exemplar of Landslide's June 5, 2012 California Public Safety Newsletter and

3  Voter Guide is attached hereto as Exhibit "C" and incorporated herein by this reference.

4       11.  The California Public Safety Newsletter and Voter Guide exemplar attached

5  hereto as Exhibit "C," which was published and mailed to approximately 1,216,649 voters

6  in advance of California's June 5, 2012 election, demonstrates the usual formatting of the

7  California Public Safety Newsletter and Voter Guide.

8       James V. Lacy's Article in the California Public Safety Newsletter and Voter Guide

9       12.  In the exercise of Landslide's and my First Amendments rights to engage in

10 political speech, 25% of the California Public Safety Newsletter and Voter Guide is

11 devoted to an article I write regarding public safety.  As a member of the Orange County

12 Fire Authority ("OCFA") Board of Directors from 2002 - 2006, and as a City Council

13 member and Mayor Pro Tem of the City of Dana Point, in Orange County, California, I

14 learned a great deal about public safety, and particularly fire safety and emergency

15 services.  As an OCFA Board member, for example, I was involved in the setting of

16 policy such as labor relations, budget issues, firefighter training and readiness, and other

17 matters regarding fire protection services in twenty-three cities in Orange County, as well

18 as all unincorporated areas.

19      13.  In the June 5, 2012 California Public Safety Newsletter and Voter Guide, I

20 wrote about "Emergency Medical Services Training: Assembly Bill 1245," educating the

21 public about the importance of competent emergency medical services provided to the

22 injured by our emergency reponse professionals.  I urged those who received the

23 California Public Safety Newsletter and Voter Guide to contact their state legislators and

24 ask them to vote for Assembly Bill 1245, because I believed it was good policy for our

25 State to improve emergency responder training (See Exhibit "C").

26

27

28

Candidate and Ballot Measure Advertising in the

California Public Safety Newsletter and Voter Guide

14.   Separate and apart from my public safety article, the remaining 75% of the California Public Safety Newsletter and Voter Guide is devoted to First Amendment political campaign speech by candidates and ballot measure committees.  As allowed by law, a slate mailer sells advertising space to candidates and ballot measure committees so they can communicate their campaign messages on the slate mailer in a cost-effective manner.  The relationship between the California Public Safety Newsletter and Voter Guide and the candidates or ballot measure committees who advertise therein is a contractual one, in which the parties negotiate and agree on the terms of the contract.

15.   A typical "Slate Card Advertising Agreement" that would be entered into regarding the California Public Safety Newsletter and Voter Guide includes terms such as: the minimum number of such slate mailers to be published and distributed, pre-election deadlines by when the slate mailers must be mailed to voters, the target audiences to which the slate mailers are to be mailed (i.e., Republicans, Democrats, Women, Business Owners, Homeowners, etc.), the images and text to be included in the slate mailers, the price to be paid per slate mailer, and related terms.

Landslide is Contractually Obligated to Mail the California Public Safety

Newsletter and Voter Guide in Advance of the June 3, 2014 Election

16.   Even though Landslide decided not to offer the California Public Safety Newsletter and Voter Guide to candidates and ballot measure committees in advance of the 2013 Los Angeles City elections due to the constitutionally suspect and harmful nature of California Government Code section 84305.7(c), Landslide is not able to make the same decision with regard to the June 3, 2014 statewide primary election.

17.   Prior to the passage of Senate Bill 488, which was codified as California Government Code section 84305.7(c), Landslide entered into a contract with a state candidate to publish that candidate's political campaign advertisements in, among its

DECLARATION OF JAMES V. LACY
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

1  other slate mailers, the California Public Safety Newsletter and Voter Guide.  California

2  Government Code section 84305.7(c), therefore, has put Landslide and me in the difficult

3  position of either having to tell the candidate that the California Public Safety Newsletter

4  and Voter Guide will not be published and mailed out as the contract provides, or mail

5  out the Public Safety Newsletter and Voter Guide with the reference to it having "0

6  members."  Because neither of these choices are acceptable to Landslide and me, we have

7  commenced this litigation and are seeking a summary judgment from this Court

8  invalidating California Government Code section 84305.7(c).

9                      Slate Mailer Disclaimer Requirements

10      18.   Pursuant to the Political Reform Act of 1974, as amended (California

11  Government Code section 81000 et seq.), with which I am very familiar as a practitioner

12  of political campaign law in California, slate mailers are required by California

13  Government Code section 84305.5(a)(4) to contain an asterisk (*) next to the campaign

14  advertisements of those candidates and ballot measure committees that have paid for their

15  campaign message to appear on the slate mailer.

16      19.   If a candidate or ballot measure committee has not paid for their campaign

17  advertisements to appear on the slate mailer, then their slate mailer campaign message

18  does not contain an asterisk (*).

19      20.   In addition to the placement of an asterisk (*) to signify to the slate mailer

20  recipients that the campaign message has been paid for, the law, specifically California

21  Government Code section 84305.5(a)(2), also requires specific disclaimer language to

22  inform readers, in a "NOTICE TO VOTERS," of the identity of the entity that prepared

23  the slate mailer and that such entity is "NOT AN OFFICIAL POLITICAL PARTY

24  ORGANIZATION."

25      21.   Slate mailers are also required to explain the significance and meaning of the

26  asterisk (*) by stating "Appearance is paid for and authorized by each candidate and

27  ballot measure which is designated by an *."

28
                                     DECLARATION OF JAMES V. LACY
                                     IN SUPPORT OF MOTION FOR
                           8         SUMMARY JUDGMENT

1   22.   On the California Public Safety Newsletter and Voter Guide attached hereto

2   as Exhibit "C" as an exemplar, these disclaimer requirements are evidenced and the

3   voters were clearly able to see that Elizabeth Emken for U.S. Senate, No on Proposition

4   28, No on Proposition 29, David Berry, Jim Miller and Gary Kreep for Superior Court

5   Judge, and San Diego's Yes on Proposition B all paid to appear on the slate mailer.

6   23.   On the other hand, San Diego Mayoral candidate Nathan Fletcher and six

7   78th District Republican [Central] Committee candidates did not pay to appear on the slate

8   mailer and therefore their campaign advertisements are not accompanied by an asterisk

9   (*).

10   The Nonsensical and Detrimental Nature of California Government Code section

11   84305.7(c) as Applied to the California Public Safety Newsletter and Voter Guide

12   24.   If Landslide and I had been required by law to state on the June 5, 2012

13   California Public Safety Newsletter and Voter Guide that it had "0 members," such a

14   statement would have been nonsensical in my opinion, because the California Public

15   Safety Newsletter and Voter Guide never purported to have any members.

16   25.   Moreover, if I had been required by law to state on the June 5, 2012

17   California Public Safety Newsletter and Voter Guide that it had "0 members," such a

18   statement would have been detrimental to, and would have undermined, the slate mailer's

19   efficacy in my opinion, because it would have implied that the California Public Safety

20   Newsletter and Voter Guide was supposed to have members or was trying to have

21   members but was not able to attract any.

22   26.   Requiring Landslide and me to publish nonsensical and detrimental

23   information on the California Public Safety Newsletter and Voter Guide due to the

24   requirements of California Government Code section 84305.7(c) chills our speech and

25   infringes upon the free speech rights of those candidates and ballot measure committees

26   who want to place their political campaign advertisements on the California Public Safety

27   Newsletter and Voter Guide .

28

DECLARATION OF JAMES V. LACY
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

9

## Slate Mailer Disclosure Requirements

27.   In addition to the disclaimer requirements that apply to slate mailers, slate mailer "organizations" ("SMO's") are subject to substantial financial disclosure requirements.  Specifically, California Government Code section 84108 requires SMO's to file Statements of Organization (California Form 400) when they qualify as SMO's, California Government Code sections 84218 and 84219 require SMO's to file periodic campaign statements (California Form 401), and California Government Code section 84221 requires SMO's to file Statements of Termination (California Form 402) when they terminate as SMO's.  True and correct copies of blank Forms 400, 401, and 402, as downloaded from the Fair Political Practices Commission ("FPPC") website (www.fppc.ca.gov) on August 20, 2013, are attached hereto as Exhibit "D" and incorporated herein by this reference.  Nowhere in these forms, or in the Political Reform Act, is a SMO required to disclose its number of members, nor is it even required to have members.

## Slate Mailer Organizations Need Not Have Members

28.   According to the Form 400 Statement of Organization (Exhibit "D"), a SMO is only required to have a name, address, phone number, treasurer, and individuals who authorize contents of slate mailers.  As evidence that the California Public Safety Voter Guide is a SMO and filed its Form 400 with the Secretary of State, I attach hereto as Exhibit "E" and incorporate herein by this reference, a true and correct copy of a printout from August 20, 2013 from the Secretary of State's website, showing that the California Public Safety and Voter Guide is registered with the State as a political entity as shown by the State's "Cal-Access" system and its current status is "ACTIVE."

29.   According to the Form 401 Campaign Statement (Exhibit "D"), a SMO must disclose its payments received and payments made, have a responsible officer sign the form, disclose details about the payments, and disclose those candidates and measures for which no payments of $100 or more were received.

DECLARATION OF JAMES V. LACY
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

30. According to the Form 402 Statement of Termination (Exhibit "D"), a SMO is only required to have a name, address, phone number, treasurer, and responsible officer.

31. As none of the FPPC forms applicable to SMO's even reference SMO's having members, it makes no sense, nor is it legally justifiable, in my opinion, for a SMO to have to disclose, on its slate mailers, the number of its members.

The Term "Slate Mailer Organization" is a Misnomer

32. Because a SMO is not an organization at all, it is a misnomer for the law even to refer to SMO's as organizations.

33. The FPPC's Form 400 explains that a "Slate Mailer" is "a mass mailing that supports or opposes a total of four or more candidates or ballot measures."

34. The FPPC's Form 400 explains that a "slate mailer organization is any individual or entity which, directly or indirectly, does both of the following: [1] Is involved in the production of one or more slate mailers and exercises control over the selection of the candidates and measures to be supported or opposed in the slate mailers [and 2] Receives or is promised payments totaling five hundred dollars ($500) or more in a calendar year for the production of one or more slate mailers."

35. It is clear to me that insofar as an individual can be a SMO, and an individual, unlike an organization, does not have members, how can the Legislature assume that a SMO has members and require a public safety-related SMO to disclose the number of nonexistent members of the "organization?"

36. The fact that California Government Code section 84305.7(c) purports to apply to the California Public Safety Voter Guide but not to Landslide's other slate mailers appears to me to be discriminatory and to violate the equal protection of the laws.

1               Exposure to Criminal, Civil and/or Administrative Penalties

2       37.   If I violate California Government Code section 84305.7(c) by not disclosing

3 the number of members of the California Public Safety Voter Guide (even though there

4 are none), I face substantial criminal, civil and/or administrative penalties if I am found to

5 have violated that law.

6       38.   California Government Code section 84305.7(c) is having a chilling effect on

7 Landslide's and my First Amendment speech and we fear the legal consequences that

8 Defendants will seek to enforce against us should the California Public Safety Voter

9 Guide be mailed out without the required disclaimer as to the number of members (even

10 though there are none).

11       39.   In both my legal opinion and my lay opinion, and as set forth in the

12 Memorandum of Points and Authorities, California Government Code section 84305.7(c)

13 is unconstitutional and this Court should so rule.

14

15       I declare under penalty of perjury under the laws of the United States of America

16 that the foregoing is true and correct.

17

18       Executed within the United States of America on August 21, 2013 in Las Vegas,

19 Nevada.

20

21                                     James V. Lacy

22

23

24

25

26

27

28

                                          DECLARATION OF JAMES V. LACY
                                          IN SUPPORT OF MOTION FOR
                                     SUMMARY JUDGMENT

# DECLARATION OF JAMES V. LACY
# EXHIBIT A

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, August 16, 2013. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | LANDSLIDE COMMUNICATIONS, INC. |
| Entity Number: | C3346570 |
| Date Filed: | 01/04/2011 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 30011 IVY GLENN DRIVE SUITE 223 |
| Entity City, State, Zip: | LAGUNA NIGUEL CA 92677 |
| Agent for Service of Process: | JAMES LACY |
| Agent Address: | 30011 IVY GLENN DRIVE SUITE 223 |
| Agent City, State, Zip: | LAGUNA NIGUEL CA 92677 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2013    California Secretary of State

**DECLARATION OF JAMES V. LACY**
# EXHIBIT B



**LANDSLIDE** COMMUNICATIONS

**Quote Request**

Home | About Us | Slate Mailers | Request Quote | Automated Calling | Other Services | Contact Us | Pay Online





| **Save Proposition 13** | **Woman's Voice Voter Guide** | **National Tax Limitation Committee** | **Republican Leadership Series** | **Small Business Action Committee** | **California Public Safety Voter Guide** |
|---|---|---|---|---|---|
| California's Premier Tax-Fighting Guide | Targeting High-Propensity Woman Voters | Bringing the Anti-Tax Message to Absentee Voters | Messaging Republican Voters in the Counties of Orange, San Diego, LA, Ventura and the Inland Empire | Advocating to the Business Community | Reinforcing Your Support of Public Safety to CA Voters |

# Don't Just Win, Win by a Landslide!

- With almost 14 million pieces mailed in 2010, Landslide Communications persuasive voter guides have a proven record of unparalleled success, and the statistics demonstrate that a candidate has a better chance of winning their election with our guides than without them!
- Landslide Communications voter guides are among the most reliable in California, consistently mailing in every election.
- Landslide Communications voter guides are an affordable way to dominate a medium in your election. Slate mail allows a candidate or measure to pay only a fraction of the actual cost of a mailing, and our specially targeted lists make sure your message gets to exactly the right demographic of voters you care about.
- Landslide Communications is the largest producer of voter guides in California, per USPS Forms 3602!
- Please use the menu above to select a slate and view samples from past elections!

Copyright © 2005-2011 Landslide Communications
5405 Alton Pkwy. | Ste 5A-369 | Irvine, CA 92604
Site by DMH & Associates



Home   About Us   Slate Mailers   Request Quote   Automated Calling   Other Services   Contact Us     Pay Online



Home / About Us

## About Landslide Communications

Landslide Communications is the sole marketing agent for the best slates in California! Partners Jim and Janice Lacy have broad experience in consulting and slate mail. The OC Weekly has referred to partner Jim Lacy as "conservative slate mail king." Jim has been awarded a special "Pollie" award by the American Association of Political Consultants for his knowledge and service regarding political and advocacy direct-mail. Janice is a former Deputy Chief Counsel at the Republican National Committee in Washington, DC, and is founder of Republican Woman's Voice.



California Watch: Slate cards influence outcome of state schools chief race

**Let us help you win your election! Sign up for our mailing list here!**

Email: [_____] [Join]

Privacy by ☑ SafeSubscribe℠

As allowed by campaign regulations, we accept the following credit cards

 

 

Copyright © 2005-2011 Landslide Communications

5405 Alton Pkwy. | Ste 5A-369 | Irvine, CA 92604
Site by DMH & Associates





| Save Proposition 13 | Woman's Voice Voter Guide | National Tax Limitation Committee | Republican Leadership Series | Small Business Action Committee | California Public Safety Voter Guide |

Home / Slate Mailers / National Tax Limitation Committee

## National Tax Limitation Committee



California Watch: Slate cards influence outcome of state schools chief race

The National Tax Limitation Committee (NTLC) has been at work since 1975, and it is one of the longest standing and strategically oriented pro-taxpayer/entrepreneur organizations in America.



NTLC grew out of work which Founder and President Lew Uhler did for then-Governor Ronald Reagan to constitutionally limit the growth of taxes and spending year over year in order to control the size of government (Proposition 1, California, 1973).

NTLC is based in Roseville, California and, along with Lew Uhler, is a frequent sponsor of anti-tax, pro-business ballot measures.

Our National Tax Limitation Committee Newsletter/Voter Guide is our "Early Voter Guide" and our largest mailing in terms of households. It is mailed in the primary election just as absentee ballots are issued by the counties, to high propensity Republican voters across the state who are demographically selected to support a "lower taxes" message, and it captures all the permanent absentee voters in the demographic. In the general election, our list is expanded to include "decline to state," high pro-voting conservative third parties, and Democrats who have financial exposure to high taxation. If you are a candidate that wants to be associated with a credible organization with a real message about reducing taxes and spending, you will want to buy advertising on our National Tax Limitation Committee Newsletter!

To visit NTLC's site, click here.

View a PDF version of this mailer.
Adobe Acrobat Reader is required.

Let us help you win your election! Sign up for our mailing list here!

Email: _____ Join

Privacy by ☑ SafeSubscribe℠

As allowed by campaign regulations, we accept the following credit cards

 
 

Copyright © 2005-2011 Landslide Communications

5405 Alton Pkwy. | Ste 5A-369 | Irvine, CA 92604
Site by DMH & Associates



Home     About Us     Slate Mailers     Request Quote     Automated Calling     Other Services     Contact Us



| Save Proposition 13 | Republican Woman's Voice | National Tax Limitation Committee | Republican Leadership Series | Small Business Action Committee | California Public Safety Voter Guide |

Home / Slate Mailers / California Public Safety Voter Guide

## California Public Safety Voter Guide



Firefighters, police and emergency workers enjoy a high approval rating, especially firefighters (85% +) across the board among members of all political parties. Our California Public Safety Voter Guide will seamlessly mail to largely Republican households in the primary and will build to 2 million high propensity voter households statewide (Republican, Democrat, and Decline to State) in the general election. Our California Public Safety Voter Guide will honor the work of these public safety workers and include safety content from a public safety worker.

California Watch: Slate cards influence outcome of state schools chief race

View a PDF version of the front and back.
View a PDF version of the inside.
Adobe Acrobat Reader is required.

**Let us help you win your election! Sign up for our mailing list here!**

Email: [            ]   Join

Privacy by ☒ SafeSubscribe℠

As allowed by campaign regulations, we accept the following credit cards

 

 

Copyright © 2005-2010 Landslide Communications
5405 Alton Pkwy. | Ste 5A-369 | Irvine, CA 92604
Site by Visteva

# DECLARATION OF JAMES V. LACY
# EXHIBIT C

Policy Issues Institute • 5405 Alton Pkwy, Ste 5A • Irvine, CA 92604
California Public Safety Voter Guide is a Special Project of the Policy Issues Institute

# California Public Safety

## NEWSLETTER AND VOTER GUIDE

**VOTER GUIDE**

PAGE 1

**REQUIRED BY LAW - NOTICE TO VOTERS:** THIS DOCUMENT WAS PREPARED BY California Public Safety Voter Guide, NOT AN OFFICIAL POLITICAL PARTY ORGANIZATION. Appearance in this mailer does not necessarily imply endorsement of, or opposition to, any issues set forth in this matter. Appearance is paid for and authorized by each candidate and ballot measure which is designated by an "*".

NONPROFIT
U.S. POSTAGE
PAID
PII

ADVERTISEMENT





**Elizabeth Emken**
U.S. Senate

The ONLY candidate for US Senate officially endorsed by the California Republican Party. Emken is the Conservative Choice!

**Yes on Prop. 29***

Prop 29 is FLAWED: new $735 million tax, funds can be spent out of state. No accountability. NO on 29!

CALIFORNIANS AGAINST TAXES AND SPENDING
NO on 29

ADVERTISEMENT

### Superior Court Judge, Ofc 24



**David Berry***
Law enforcement's choice. Endorsed by District Attorney, Deputy Sheriffs, local police officers, Mayor Jerry Sanders.

### Superior Court Judge, Ofc 25

**Jim Miller***
Endorsed by the Republican Party, Lincoln Club, Senators Anderson and Wyland, Firefighters and Police Officers.

### Superior Court Judge, Ofc 34



**Gary Kreep***
No deals with criminal predators. Heard over 1,000 cases as Judge Pro-Tem. Family Law Settlement Judge. UCSD and USD Law school graduate. One special Interest: YOU

### San Diego Mayor



**Nathan Fletcher**
Nathan authored Chelsea's Law and showed true leadership in forging a bipartisan solution to punishing violent sexual predators.

### City of San Diego

**Yes on Proposition B***
Stops Pension Spiking. Nearly $1 Billion in savings means more funding for street repairs & reinstating library hours.

YES on B
Pension Reform That's Fair

### Republican Cmte, Dist 78

Thomas Webb
Jesse Gipe
Jean Roesch
John "Woody" Woodrum
Richard Bailey
Julio DeGuzman Jr.



CALIFORNIA POLITICAL REVIEW
For In-depth Education on California politics, review online at:
www.capoliticalreview.com

3713090104521-25811

Published irregularly by California Public Safety Voter Guide • 5405 Alton Pkwy, Ste 5A, Irvine, CA 92604

# California Public Safety Newsletter and Voter Guide

JUNE 5, 2012 • VOLUME 2 • NUMBER 1

PAGE 2



## Emergency Medical Services Training: Assembly Bill 1245

### By James V. Lacy

One of the most important things I learned as a member of the Orange County Fire Authority Board of Directors was the life-saving importance of competent emergency medical services provided to the injured by our emergency response professionals. That is why I think it is so important for legislators to get behind professional firefighters' efforts to pass Assembly Bill 1245 (Das Williams, Santa Barbara), which authorizes a higher standard of emergency medical service training regulations by allowing the California Emergency Medical Services Authority to create standards authorizing emergency responder training, consistent with the rules that have been promulgated by the U.S. Department of Transportation. You can help support and improve emergency services by contacting your State Senator and Assembly member and asking them to vote for AB 1245. The life that is saved may be your own!

**James V. Lacy served as a member of the Orange County Fire Authority from 2002-2006.**



ADVERTISE



## Elizabeth Emken* U.S. SENAT

- Stop runaway spending
- REPEAL Obamacare
- Cut taxes and fees
- YES to new U.S. oil drilling

**OFFICIALLY ENDORSED by the California Republican Part**

*Emken is the Conservative Choice!* www.Emken2012.com

## No on Proposition 29*

Prop. 29 is seriously flawed: $735 million in new taxes. **Funds can be spent out of state, instead of creating jobs here in California.** No new funds for cancer treatment. New bureaucracy. Political appointees can spend $125 million annually on real estate, salaries and overhead. Cancer research is important, but 29 has no strict controls or accountability to ensure funds are spent wisely. NO on 29!

## No on Proposition 28*

Prop. 28 is a SCAM! Legislators will DOUBLE their terms from six to twelve years!

CALIFORNIANS AGAINS
OUT-OF-CONTROL
TAXES AND SPENDING



**DECLARATION OF JAMES V. LACY**
# EXHIBIT D

# Statement of Organization
## (Slate Mailer Organization)

## What is a Slate Mailer?

"Slate mailer" means a mass mailing that supports or opposes a total of four or more candidates or ballot measures.

## What is a Slate Mailer Organization?

A slate mailer organization is any individual or entity which, directly or indirectly, does both of the following:

- Is involved in the production of one or more slate mailers and exercises control over the selection of the candidates and measures to be supported or opposed in the slate mailers.

- Receives or is promised payments totaling five hundred dollars ($500) or more in a calendar year for the production of one or more slate mailers.

## Slate Mailer Organizations do not include any of the following:

- A candidate or officeholder or a candidate's or officeholder's controlled committee.

- An official committee of any political party.

- A legislative caucus committee.

- A committee primarily formed to support or oppose a candidate, officeholder, or ballot measure.

## When is a Slate Mailer Organization required to register and file a Statement of Organization, Form 400?

A Statement of Organization (Form 400) must be filed within 10 days after the slate mailer organization receives or is promised $500 or more for producing one or more slate mailers.

However, a slate mailer organization qualifying during the 16 days prior to an election in which it must file pre-election statements must file, by fax, guaranteed overnight delivery, or personal delivery, within 24 hours of qualifying as a slate mailer organization, the information required to be reported in the Statement of Organization. In addition, a Form 400 must be filed within 10 days of qualifying as explained above.

## Where is a Slate Mailer Organization required to file its Statement of Organization?

The original and one copy of the Form 400, and the 24-hour Statement of Organization, are filed with the Secretary of State's office. A copy of the Form 400 or 24-hour Statement also must be sent to the filing officer with whom the organization is required to file the originals of its campaign statements (if different than the Secretary of State).

## Amending a Slate Mailer Organization's Statement of Organization:

If any of the information on the Form 400 changes, the slate mailer organization must file an amendment to the statement within 10 days of the change.

To amend, provide the changed information on another Form 400: check the amendment box at the top of the form; enter the organization's name and previously issued identification number in the appropriate box on page one.

## 24 Hour Amendment:

If, during the 16 days prior to an election in connection with which a slate mailer organization is required to file pre-election statements, there is a

change in (1) the name of the slate mailer organization, (2) the organization's treasurer or other principal officers or (3) the name of any person who authorizes the content of a slate mailer, an amendment must be filed by fax, guaranteed overnight delivery, or personal delivery within 24 hours to report these changes. The amendment must be filed with the filing officer with whom the organization files the originals of its campaign statements. In addition, an amended Form 400 must be filed as explained above.

## Terminating a Slate Mailer Organization:

A slate mailer organization must file campaign disclosure statements until it no longer receives payments or makes disbursements in connection with the production of slate mailers. To terminate, the organization must file a Statement of Termination (Form 402).

This form was prepared by the Fair Political Practices Commission (FPPC). For detailed information on campaign reporting requirements and the Information Practices Act of 1977, see the FPPC Campaign Disclosure Manual (available from your filing officer or the FPPC). Campaign filing deadlines, forms, and other informational materials are available on the FPPC website (www.fppc.ca.gov).

**CALIFORNIA FORM 400**

# Statement of Organization
## (Slate Mailer Organization)

(Government Code Sections 84100, 84101, 84103, 84104, 84108)

**Type or Print in Ink**

STATEMENT OF ORGANIZATION

**CALIFORNIA FORM 400**

For Official Use Only

**File original and one copy of this form with:**
Secretary of State
Political Reform Division
1500 11th Street, Room 495
Sacramento, CA 95814

**And, if applicable, file one copy of this form with:**
The city or county officer, if any, with whom the organization must file its original campaign disclosure statements.

**Amendment**
☐ Check box if an Amendment and enter I.D. number:
#

**Date qualified as a Slate Mailer Organization:**
(Month, Day, Year)

Date Stamp

**Please check one box to indicate the organization's level of activity:**
☐ COUNTY
☐ CITY
☐ STATE

## I  Slate Mailer Organization Information

**FULL NAME OF SLATE MAILER ORGANIZATION:**

**STREET ADDRESS OF SLATE MAILER ORGANIZATION:** (NO AND STREET)

| CITY | STATE | ZIP CODE | COUNTY | AREA CODE | PHONE NUMBER |
|---|---|---|---|---|---|

**MAILING ADDRESS OF FILER (IF DIFFERENT THAN ABOVE):**

OPTIONAL: FAX / E-MAIL ADDRESS

| **A** OFFICIAL USE ONLY | **B** OFFICIAL USE ONLY |
|---|---|

## II  Treasurer And Other Principal Officers

| POSITION | NAME AND PERMANENT ADDRESS | (AREA CODE) DAYTIME PHONE NO. |
|---|---|---|
| TREASURER | | |
| | | |
| | | |
| | | |
| | | |

*Attach additional information on appropriately labeled continuation sheets.*

# Instructions for Completing
## Statement of Organization
## (Slate Mailer Organization)

CALIFORNIA
FORM
400

## Level of Activity:

If the organization produces one or more slate mailers supporting or opposing candidates or measures being voted upon in a state election, or in more than one county, check the "state" box. If slate mailers are produced which support or oppose candidates or measures being voted upon in one county, or more than one city within one county, check the "county" box. If slate mailers are produced which support or oppose candidates or measures being voted upon in one city, check the "city" box.

## Name and Address of Slate Mailer Organization:

Provide the organization's full name and street address.

## Date Qualified as a Slate Mailer Organization:

Date qualified is the date the organization received or was promised payments totaling $500 or more in a calendar year for the production of one or more slate mailers.

## Treasurer and Other Principal Officers:

The treasurer's name, home or business address, and a phone number where the treasurer can be reached during business hours must be listed.

If the organization has "principal officers" other than the treasurer, such as a president, secretary, or chairperson, they must be identified.

**Statement of Organization**
**(Slate Mailer Organization)**
(Government Code Sections 84100, 84101, 84103, 84104, 84108)

Type or Print in Ink

Page 2

FULL NAME OF SLATE MAILER ORGANIZATION:

## III  Individuals Who Authorize Contents Of Slate Mailers *(See instructions on reverse)*

| FULL NAME | ADDRESS (NO. AND STREET, CITY, STATE, ZIP CODE) | (AREA CODE) DAYTIME PHONE NO. |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*Attach additional information on appropriately labeled continuation sheets.*

## IV  Is This Organization A "Committee" Pursuant To Government Code Section 82013?

☐ YES  *(PROVIDE THE NAME AND, IF RECIPIENT COMMITTEE, THE IDENTIFICATION NUMBER OF THE COMMITTEE.)*     ☐ NO

NAME _____     ID NO. _____

## V  Verification

I have used all reasonable diligence in preparing this statement.  I have reviewed the statement and to the best of my knowledge the information contained
herein is true and complete.  I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____     At _____     By _____
                    DATE              CITY AND STATE              SIGNATURE OF RESPONSIBLE OFFICER

Name of Responsible Officer _____     Title _____
                                        TYPE OR PRINT

# Instructions for Completing
## Statement of Organization
## (Slate Mailer Organization)

## Individuals Who Authorize Contents of Slate Mailers:

List the full name, street address, and business telephone number of each individual with final decision making authority as to which candidates or measures will be supported or opposed in the organization's slate mailers.

## Verification:

The statement must be signed and verified by a responsible officer of the slate mailer organization.

CALIFORNIA
FORM

400

# Slate Mailer Organization Campaign Statement

The Form 401 is for use by slate mailer organizations to disclose payments made and received in connection with producing slate mailers.

A "slate mailer" is a mass mailing that supports or opposes a total of four or more candidates or ballot measures.

A slate mailer organization is any individual or entity which, directly or indirectly, does both of the following:

- Is involved in the production of one or more slate mailers and exercises control over the selection of the candidates and measures to be supported or opposed in the slate mailers.

- Receives or is promised payments totaling five hundred dollars ($500) or more in a calendar year for the production of one or more slate mailers.

## Slate Mailer Organizations <u>do not</u> include any of the following:

- A candidate or officeholder or a candidate's or officeholder's controlled committee.
- An official committee of any political party.
- A legislative caucus committee.
- A committee primarily formed to support or oppose a candidate, officeholder, or ballot measure.

## The Form 401 maybe filed:

- As a semi-annual statement
- As a pre-election statement

See reverse for general guidance on where to file this form.

This form was prepared by the Fair Political Practices Commission (FPPC). For detailed information on campaign reporting requirements and the Information Practices Act of 1977, see the FPPC <u>Campaign Disclosure Manual</u> (available from your filing officer or the FPPC). Campaign filing deadlines, forms, and other informational materials are available on the FPPC website (www.fppc.ca.gov).

CALIFORNIA FORM 401

# Instructions for
# Slate Mailer Organization
# Campaign Statement

CALIFORNIA
FORM

## 401

## Where to File:

**State Elections and Organizations Active in More Than One County:** Organizations that produce slate mailers supporting or opposing state candidates and measures, or local candidates and measures being voted on in more than one county, file in the following places:

- **Secretary of State** (original and one copy)
  Political Reform Division
  1500 11th Street, Room 495
  Sacramento, CA 95814
  Phone (916) 653-6224
  Fax (916) 653-5045
  www.ss.ca.gov

- **Registrar-Recorder of Los Angeles County**
  (two copies)
  Campaign Finance Disclosure Section
  12400 Imperial Highway
  Norwalk, CA 90650
  Phone (562) 462-2339
  Fax (562) 651-2548
  http://lavote.net

- **Department of Elections-City and County of San Francisco** (two copies)
  Campaign Statements
  1 Dr. Carlton B. Goodlett Place, City Hall - Rm 48
  San Francisco, CA 94102
  Phone (415) 554-4375
  Fax (415) 554-7344
  www.ci.sf.ca.us/election

- **The election official for the county in which you are domiciled** (two copies). Addresses for county filing officers can be found on the FPPC web site at *www.fppc.ca.gov*.

**County Elections:** Organizations that produce slate mailers supporting or opposing candidates and measures being voted on in a single county, file with the election official in that county (original and one copy) and file two copies in your county of domicile (if different than the county in which the election is being held).

This filing requirement also applies to organizations that produce slate mailers supporting or opposing candidates and measures on the ballot in more than one jurisdiction located within a single county.

**City Elections:** Organizations that produce slate mailers supporting or opposing candidates and measures being voted on in a single city election, file with the city clerk in that city (original and one copy).

## Electronic Filing:

Organizations that are required to file reports with the Secretary of State must file Form 401 electronically if they receive or make payments totaling $50,000 or more for the purpose of producing slate mailers. Paper reports are also required. Some local jurisdictions also require reports to be electronically filed.

# Slate Mailer Organization
# Campaign Statement
(Government Code Sections 84218 - 84219)

Type or print in ink.

Date Stamp

**CALIFORNIA FORM 401**

COVER PAGE

Page _____ of _____

For Official Use Only

☐ **Amendment** (explain): _____

SEE INSTRUCTIONS ON REVERSE

**Statement covers period**

from _____

through _____

## I   Slate Mailer Organization Information

FULL NAME OF SLATE MAILER ORGANIZATION:

ID NUMBER

ADDRESS
NO. AND STREET

CITY          STATE          ZIP CODE          PHONE NUMBER

NAME OF TREASURER

ADDRESS
NO. AND STREET

CITY          STATE          ZIP CODE          DAYTIME PHONE NUMBER
(          )

## II   Is This A General Purpose Committee?

If this Slate Mailer Organization is also a "general purpose committee" as defined in Government Code Section 82027.5, check box and attach the committee's campaign disclosure report to this statement.

☐ Committee Report Attached          ☐ ID Number if Recipient Committee

## III   Summary of Payments

|  | (A) Total This Period | (B) Cumulative to Date (Since January 1 of calendar year covered) |
|---|---|---|
| 1.  TOTAL PAYMENTS RECEIVED | $ _____ Sch. A, Line 3 | $ _____ |
| 2.  TOTAL PAYMENTS MADE | $ _____ Sch. B, Line 3 | $ _____ |

## IV  Verification

I have used all reasonable diligence in preparing and reviewing this statement and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.  I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____  At _____
DATE          CITY AND STATE

By _____
SIGNATURE OF RESPONSIBLE OFFICER

Name of Responsible Officer _____          Title _____
TYPE OR PRINT

FOR INFORMATION REQUIRED TO BE PROVIDED TO YOU PURSUANT TO THE INFORMATION PRACTICES ACT OF 1977, SEE INFORMATION MANUAL ON CAMPAIGN DISCLOSURE PROVISIONS OF THE POLITICAL REFORM ACT FOR SLATE MAILER ORGANIZATIONS.

FPPC Form 401 (January/05)
FPPC Toll-Free Helpline: 866/ASK-FPPC (866/275-3772)

# Instructions for Completing
# Cover Page

CALIFORNIA FORM 401

## Period Covered by Statement:

The period covered begins on the day after the closing date of the last campaign statement filed. If no previous statement has been filed, the period begins on January 1 of the calendar year covered by the statement.

## Amendments:

To amend a previously filed statement, check the Amendment box, give a brief explanation of the amendment, and list the schedules being amended. Complete Part 3, if applicable. Be sure to enter the period covered by the statement being amended.

## Committee Campaign Statements:

If the slate mailer organization is also a "general purpose committee" (including a recipient committee, independent expenditure or major donor committee), attach the most recent committee campaign statement (Form 450, 460 or 461) filed covering the current calendar year. If the organization is a recipient committee, enter its committee I.D. Number in the appropriate space on the Form 401 cover page.

## Summary of Payments:

### Total Payments Received (Line 1)

In Column A, enter the total payments received during the period covered by the statement for the production and distribution of slate mailers. This should be the same as the amount contained on Line 3 of the Summary section of Schedule A. In Column B, enter the cumulative amount of

payments received since January 1 of the calendar year covered by the statement for the production and distribution of slate mailers.

### Total Payments Made (Line 2)

In Column A, enter the total amount of payments made during the period covered by the statement for the production and distribution of slate mailers. This should be the same as the amount contained on Line 3 of the Summary section of Schedule B. In Column B, enter the cumulative amount of payments made since January 1 of the calendar year covered by the statement for the production and distribution of slate mailers.

## Verification:

If the filer is an individual, the statement must be signed by the individual. If the filer is an entity or other organization, a responsible officer of the entity or organization, or an attorney or certified public accountant acting as the entity's or organization's agent, must sign the statement.

# Schedule A
## Payments Received

CALIFORNIA FORM **401**
SCHEDULE A

Statement covers period

from _____ through _____

Page _____ of _____

I.D. NUMBER

SEE INSTRUCTIONS ON REVERSE

NAME OF SLATE MAILER ORGANIZATION

| (1) DATE RECEIVED | (2) IDENTIFICATION OF PERSONS FROM WHOM $100 OR MORE HAS BEEN RECEIVED THIS PERIOD (SEE IMPORTANT INSTRUCTIONS ON REVERSE) | | | (3) NAME, OFFICE SOUGHT, AND JURISDICTION OF CANDIDATE/ MEASURE, JURISDICTION, AND NUMBER OR LETTER OF BALLOT MEASURE SUPPORTED OR OPPOSED (IF DIFFERENT THAN COLUMN 2) | (b) CHECK BOX TO INDICATE IF PAYMENT WAS RECEIVED TO SUPPORT OR OPPOSE CANDIDATE OR MEASURE INCLUDED IN SLATE MAILER | | (4) AMOUNT RECEIVED THIS PERIOD | (5) CUMULATIVE AMOUNT RECEIVED SINCE JANUARY 1 PER CANDIDATE OR MEASURE |
|---|---|---|---|---|---|---|---|---|
| | (a) NAME | | | | SUPPORT | OPPOSE | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | SUBTOTAL $ | | |

## Summary

1. Amount Received – Itemized payments (include all Schedule A subtotals) ......................................... $ _____

2. Amount Received – Payments of less than $100 (not itemized) ......................................... $ _____

3. Total Payments Received (Line 1 + Line 2). Enter here and in Column A, Line 1, of the Summary of Payments section on Page 1 ......................................... $ _____

FPPC Form 401 (January/05)
FPPC Toll-Free Helpline: 866/ASK-FPPC (866/275-3772)

# Instructions for Completing Schedule A
## Payments Received

Report all payments received for the production and distribution of slate mailers on Schedule A. If payments received from a single source during the period covered by the statement total $100 or more, provide the following information:

• The date received.

• If payments of $100 or more were received during the period from candidates and committees, must include:

  – The name and street address of the candidate or committee.

  – The committee's identification number if the payment was received from a committee.

  – The jurisdiction and office sought or held by a candidate or officeholder making a payment, or

  – The jurisdiction and ballot letter or number if paid by a committee formed to support or oppose a ballot measure.

• If payments of $100 or more are received during the period from persons other than a candidate or committee, Column (2) must include:

  – The full name and street address of the payor.

  – If the payor is an individual, the name of the individual's employer or, if self-employed, the name of the business.

• If payments of $100 or more were received during the period from persons other than the candidate supported or opposed in a slate mailer, or other than the committee primarily formed to support or oppose a ballot measure, Column (3) must include:

  – The name, office sought, and jurisdiction of the candidate supported or opposed, or the name, jurisdiction, and number or letter of the ballot measure supported or opposed (Column (a)); and

  – An indication whether the payment received was in support of or opposition to the candidate or measure (Column (b)).

• The amount received during the period covered by the report from each payor.

• The cumulative amount of payments received from each payor on behalf of or in opposition to each candidate or measure included in a slate mailer since January 1 of the calendar year covered by the statement.

Summarize at the bottom of Schedule A all payments received during the period for production and distribution of slate mailers. Payments of less than $100 need only be reported as a lump sum amount.

CALIFORNIA FORM 401

FPPC Form 401 (January/05)
FPPC Toll-Free Helpline: 866/ASK-FPPC (866/275-3772)

# Schedule A
# Payments Received
# (Continuation Sheet)

**SCHEDULE A**

**CALIFORNIA FORM 401**

NAME OF SLATE MAILER ORGANIZATION

Statement covers period

from _____

through _____

Page _____ of _____

I.D. NUMBER

| DATE RECEIVED | IDENTIFICATION OF PERSONS FROM WHOM $100 OR MORE HAS BEEN RECEIVED THIS PERIOD | NAME, OFFICE SOUGHT, AND JURISDICTION OF CANDIDATE/ NAME, JURISDICTION, AND NUMBER OR LETTER OF BALLOT MEASURE SUPPORTED OR OPPOSED (IF DIFFERENT THAN COLUMN 2) | CHECK BOX TO INDICATE IF PAYMENT WAS RECEIVED TO SUPPORT OR OPPOSE CANDIDATE OR MEASURE INCLUDED IN SLATE MAILER | | AMOUNT RECEIVED THIS PERIOD | CUMULATIVE AMOUNT RECEIVED SINCE JANUARY 1 PER CANDIDATE OR MEASURE |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (b) SUPPORT | OPPOSE | (4) | (5) |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

SUBTOTAL $

# Schedule B
## Payments Made

**CALIFORNIA FORM 401**

SCHEDULE B

Statement covers period

from _____

through _____

Page _____ of _____

I.D. NUMBER

SEE INSTRUCTIONS ON REVERSE

NAME OF SLATE MAILER ORGANIZATION

| NAME AND STREET ADDRESS OF PAYEE | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | SUBTOTAL $ | |

## Summary

1. Payments of $100 or more (include all Schedule B subtotals) .......................................... $ _____

2. Payments under $100 this period (not itemized) .......................................... $ _____

3. Total payments this period (Line 1 + Line 2). Enter here and in Column A, Line 2, of the Summary of Payments section on Page 1 .......................................... $ _____

# Instructions for Completing Schedule B
## Payments Made

CALIFORNIA FORM 401

Report payments made by the organization for the production and distribution of slate mailers on Schedule B. For each person to whom a payment of $100 or more has been made during the period covered by the campaign statement, provide the following information:

- The full name and street address of the payee.

- A brief description of the product(s) or service(s) received.

- The amount paid during the period.

If the organization makes payments to an agent or independent contractor who makes payments on behalf of the organization, provide the following information:

- The name, address, description of payment, and amount paid during the period to the agent or independent contractor; and

- The name, address, description of payment, and amount paid during the period to persons who received $500 or more from the agent or independent contractor.

Schedule B–1 may be used to report payments made by an agent or independent contractor.

Summarize at the bottom of Schedule B all payments made in connection with producing slate mailers. Report in a lump sum all payments made to persons who received less than $100 during the period.

# Schedule B-1
## Payments Made By An Agent or Independent Contractor on Behalf of A Slate Mailer Organization

SCHEDULE B-1

CALIFORNIA FORM **401**

Statement covers period

from _____

through _____

Page _____ of _____

NAME OF SLATE MAILER ORGANIZATION

I.D. NUMBER

NAME OF AGENT OR INDEPENDENT CONTRACTOR

| NAME AND STREET ADDRESS OF PAYEE | DESCRIPTION OF PAYMENT | AMOUNT PAID |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | TOTAL* |  |

*Do not transfer to any other schedule or to the Summary. This total may not equal the amount paid to the agent or independent contractor as reported on Schedule B by the Slate Mailer Organization.

FPPC Form 401 (January/05)
FPPC Toll-Free Helpline: 866/ASK-FPPC (866/275-3772)

**Schedule C**
**Persons Receiving**
**$1000 or More**

SCHEDULE C

CALIFORNIA
FORM **401**

NAME OF SLATE MAILER ORGANIZATION

SEE INSTRUCTIONS ON REVERSE

Statement covers period

from _____

through _____

Page _____ of _____

I.D. NUMBER

**You must identify each individual listed on your Statement of Organization (Form 400) who received, directly or indirectly, $1,000 or more from the organization during the period. (See instructions on reverse regarding "indirect" payments.)**

| NAMES OF INDIVIDUALS RECEIVING $1,000 OR MORE | AMOUNT THIS PERIOD | CUMULATIVE SINCE JANUARY 1 |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Instructions for Completing Schedule C
## Persons Receiving $1,000 or More

CALIFORNIA
FORM

401

Enter on Schedule C the name of each individual who is listed on the organization's Statement of Organization (Form 400) (the treasurer and other principal officers, and individuals who have final decision making authority as to which candidates or measures will be supported or opposed in the organization's slate mailers) who received, directly or indirectly, $1,000 or more from the organization during the period. (NOTE: Only individuals who are listed on the Statement of Organization are reported on Schedule C.)

A payment is made "indirectly" to an individual if it is intended for the benefit of or use by that individual or a member of his or her immediate family. A payment also is made "indirectly" to an individual if it is made to a business entity in which the individual or a member of his or her immediate family is a partner, shareholder, owner, director, trustee, or in which the individual or member of his or her immediate family has an investment of $1,000 or more. (Note: This does not apply to payments made to a business entity whose securities are publicly traded.)

"Indirect" payments also include rebates or refunds paid to an individual listed on the Statement of Organization from vendors or other subcontractors who received payments from the organization.

For each individual listed on Schedule C, provide the following information:

- His or her full name.

- The amount of direct and indirect payments made to the individual during the period.

- The cumulative amount of direct and indirect payments made to the individual since January 1 of the calendar year covered by the statement.

**Schedule D**
**Candidates and Measures**
**Not Listed on Schedule A**

SEE INSTRUCTIONS ON REVERSE

NAME OF SLATE MAILER ORGANIZATION

| Statement covers period | | |
|---|---|---|
| from _____ | | |
| through _____ | Page _____ of _____ | |
| | I.D. NUMBER | |

SCHEDULE D

CALIFORNIA FORM **401**

You must identify each candidate and measure supported or opposed in a slate mailer sent by you during the period for which you did not receive a payment of $100 or more (either from the candidate or ballot measure committee or from any other person).

| NAME OF CANDIDATE OR MEASURE | CHECK ONE | | JURISDICTION AND OFFICE SOUGHT BY CANDIDATE; OR JURISDICTION AND BALLOT MEASURE LETTER OR NUMBER |
|---|---|---|---|
| | SUPPORT | OPPOSE | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Instructions for Completing Schedule D
## Candidates and Measures
## Not Listed on Schedule A

Report on Schedule D candidates and measures supported or opposed in a slate mailer produced by the organization, but for which the organization did not receive a payment of $100 or more (either from the candidate or a committee formed to support or oppose the candidate or measure, or from any other person). For each such candidate or measure, provide the following information:

- The name of the candidate or measure.

- An indication whether the candidate or measure was supported in a slate mailer or was opposed in a slate mailer.

- The jurisdiction and office sought by the candidate, or the jurisdiction and ballot measure letter or number of the measure.

CALIFORNIA FORM 401

# Statement of Termination
## Slate Mailer Organization

**CALIFORNIA FORM 402**

Slate mailer organizations do not automatically terminate and may only terminate under the following circumstances:

- They have ceased to receive payments or make disbursements for the purpose of producing and distributing slate mailers.

- They do not anticipate receiving payments or making disbursements for the purpose of producing and distributing slate mailers in the future.

- They have filed all required campaign statements disclosing all reportable transactions.

## Where to File:

The original of the Statement of Termination (Form 402) is filed with the Secretary of State and, if applicable, a copy with the local filing officer with whom the organization files its original disclosure statements.

**NOTE:**

Additional filing obligations will be incurred if a slate mailer organization receives payments or makes disbursements in connection with a slate mailer after a Statement of Termination has been filed.

This form was prepared by the Fair Political Practices Commission (FPPC). For detailed information on campaign reporting requirements and the Information Practices Act of 1977, see the FPPC Campaign Disclosure Manual (available from your filing officer or the FPPC). Campaign filing deadlines, forms, and other informational materials are available on the FPPC website (www.fppc.ca.gov).

# Statement of Termination
## (Slate Mailer Organization)

(Government Code Section 84221)

**Type or Print in Ink**

Date Stamp

STATEMENT OF TERMINATION

**CALIFORNIA FORM 402**

For Official Use Only

**File an original and one copy of this form with:**

Secretary of State
Political Reform Division
1500 11th Street, Room 495
Sacramento, CA 95814

**And, if applicable, file one copy of this form with:**
The city or county filing officer, if any, with whom the organization must file its original campaign disclosure statements.

FULL NAME OF SLATE MAILER ORGANIZATION:

ID NUMBER

NAME OF TREASURER:

STREET ADDRESS: (NOT P.O. BOX)

NO. AND STREET

PERMANENT ADDRESS OF TREASURER: (NOT P.O. BOX)

NO. AND STREET

CITY | STATE | ZIP CODE

CITY | STATE | ZIP CODE

AREA CODE   PHONE NO.

AREA CODE   DAYTIME PHONE NO.

## Verification

I have used all reasonable diligence in preparing this Statement. This Slate Mailer Organization has ceased to receive payments and make disbursements in connection with producing "slate mailers," does not anticipate receiving payments or making disbursements in the future, and has filed all campaign statements required by the Political Reform Act disclosing all reportable transactions. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____   At _____   By _____
                DATE         CITY AND STATE

_____
SIGNATURE OF RESPONSIBLE OFFICER

Name of Responsible Officer _____   Title _____

TYPE OR PRINT

**NOTE: Additional filing obligations will be incurred if a Slate Mailer Organization receives payments or makes disbursements after this Statement of Termination has been filed.**

DECLARATION OF JAMES V. LACY
# EXHIBIT E



**Cal-Access Search**

GO

Advanced Search

Cal-Access Home

Campaign Finance

Candidates &
Elected Officials

Propositions &
Ballot Measures

Committees, Parties,
Major Donors & Slate
Mailers

Daily/Late/
Special Filings

Lobbying Activity

Resources

For Filers Only

Political Reform

User's Manual

Campaign Finance:

# CALIFORNIA PUBLIC SAFETY VOTER GUIDE, A PROJECT OF POLICY ISSUES INSTITUTE

### Election Cycle:

◉ 2013 through 2014

◯ Historical

### View Information:

◉ General Information

◯ Electronic Filings

| |
|---|
| **This is the official name of the committee, political party, or major donor as registered with the Secretary of State.** |

| HISTORICAL NAMES FOR THIS COMMITTEE |
|---|
| SOUTHERN CALIFORNIA FIREFIGHTER VOTER GUIDE |

| FILER ID: |
|---|
| 1298740 |

| FILER PHONE: |
|---|
| (949) 495-3314 |

| SUMMARY INFORMATION - CALIFORNIA PUBLIC SAFETY VOTER GUIDE, A PROJECT OF POLICY ISSUES INSTITUTE (ID# 1298740) | |
|---|---|
| CURRENT STATUS | ACTIVE |
| **This committee has not electronically filed a Form 460/461/450 for this election cycle. For further information, click on prior year displays to see if historical filings are available. Also check for late contribution filings if a major filing deadline has not yet occurred for this election cycle.** | |