KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
BENJAMIN M. GLICKMAN, State Bar No. 247907
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-7355
  Fax:  (916) 324-8835
  E-mail:  Benjamin.Glickman@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANDSLIDE COMMUNICATIONS, INC. and JAMES V. LACY, IN HIS CAPACITY AS PRESIDENT OF LANDSLIDE COMMUNICATIONS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; KAMALA HARRIS, in her capacity as Attorney General of California; CALIFORNIA FAIR POLITICAL PRACTICES COMMISSION; ANN RAVEL, in her capacity as Chair of the Fair Political Practices Commission,**<br><br>Defendants. | 2:13-cv-00716-GEB-KJN<br><br>**DECLARATION OF GARY WINUK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        November 4, 2013<br>Time:       9:00 a.m.<br>Dept:       10<br>Judge:     Hon. Garland E. Burrell, Jr.<br>Action Filed:  4/11/2013 |

I, Gary Winuk, declare as follows:

1.    I am employed by defendant Fair Political Practices Commission as the Enforcement Division Chief.  I make this declaration in support of Defendants' Motion for Summary Judgment and in opposition to Plaintiffs' Motion for Summary Judgment.  I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to them.

2.    In 1974, California voters overwhelmingly passed Proposition 9, which resulted in the creation of California's Political Reform Act (the "Act") (Cal. Gov't Code §§ 81000 et seq.) and a new, independent agency—the Fair Political Practices Commission ("FPPC")—to administer, interpret and enforce its provisions.

3.    The FPPC is charged with investigating possible violations of the Act, including Government Code section 84305.7(c) and bringing enforcement proceedings when it determines there is probable cause to believe the Act has been violated.  (Cal. Gov't Code. §§ 83115–83116.)

4.    The FPPC is also required to issue opinions or advice letters to any person requesting advice about such person's obligations under the Act.  Actions taken in good faith reliance on FPPC formal advice or opinion are not subject to enforcement action by the FPPC.  If advice is requested but not timely given, the FPPC is barred from taking enforcement action against the requester regarding the subject matter of the request.  (Cal. Gov't Code § 83114.)

5.    The Act includes various disclosure and disclaimer requirements designed to increase transparency in California election campaigns.  These requirements (and the FPPC's enforcement of them) are intended to promote the State of California's interests in an informed electorate and preserving the integrity of its elections by minimizing deception and voter confusion in election campaigns.

6.    Since the Act's enactment in 1974, "slate mail" has become an increasingly common form of election communication and advertising.

7.    Over the years, the FPPC has received numerous complaints about slate mail and the practices of certain slate mailer organizations.  In 1986 and 1987, the FPPC conducted public

1

1   hearings about slate mailers, the deceptive practices of certain slate mailer organizations, and

2   possible regulation of slate mailer organizations.

3          8.   In response to concerns and complaints regarding the deceptive practices of certain

4   professional slate mailer organizations, the California Legislature has enacted various laws

5   amending the Act to impose certain disclosure and reporting requirements on "slate mailer

6   organizations" and "slate mailers."  The FPPC has provided the Legislature with information

7   regarding complaints it received and the findings from its public hearings to assist in their

8   legislative efforts.

9          9.   Most recently, the Legislature enacted Senate Bill 488 ("SB 488") to address

10  complaints and concerns over the deceptive practices of certain slate mailer organizations that

11  purport to represent governmental agencies and non-governmental public safety organizations.

12         10.  In my experience, the FPPC's investigation of potential violations and enforcement of

13  the Act, including its various disclosure requirements, generally arises when it receives a

14  complaint.  Because slate mailers are typically mailed in the days and weeks shortly before an

15  election, it is unlikely that any complaints regarding a particular slate mailer will be brought,

16  investigated, and resolved prior to an election.  Post-election investigation and enforcement of

17  slate mailer abuses cannot remedy a voter's confusion prior to the election or alter election

18  results.

19         11.  In its ordinary course of business, the FPPC also routinely compiles legislative

20  history materials for legislation relating to California's Political Reform Act (Cal. Gov't Code

21  §§ 81000 *et seq.*) and/or the FPPC's duties under the Act.

22         12.  Attached hereto as Exhibit A are true and correct copies of pertinent documents from

23  the FPPC's file on the legislative history of Senate Bill 488 (2011–2012 Legislative Session)

24  ("SB 488"), including:

25         a.   Summary of SB 488, California Professional Firefighters [page 1];

26         b.    "Official Law Enforcement Voter Guide" (June 2010) and California Public

27              Safety Voter Guide" (November 2010) slate mailers [pages 2–5];

28

2

1        c.    Summary of SB 488, Senate Committee on Elections and Constitutional

2             Amendments [pages 6–9]; and

3        d.    Contemporaneous letters in support of SB 488 by various advocacy and public

4             safety organizations, including California Clean Money Campaign, California

5             Professional Firefighters, Riverside Sheriffs' Association, and Los Angeles Police

6             Protective League [pages 10–22].

7        13.  The public records attached in Exhibit A were obtained by FPPC staff directly from

8  the Assembly Elections, Reapportionment and Constitutional Amendments Committee's file on

9  SB 488.

10       14.  Attached hereto as Exhibit B is a true and correct copy of the final, chaptered version

11  of California Senate Bill No. 488, as accessed and printed from the official California Legislative

12  Information website (http://leginfo.legislature.ca.gov).

13       I declare under penalty of perjury under the laws of the State of California and the United

14  States of America that the foregoing is true and correct of my own personal knowledge, and that

15  this declaration is executed in Sacramento, California, this 19th day of September, 2013.

16

17                               Gary Winuk

18  SA2013111001

     11172355.doc

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



**CALIFORNIA PROFESSIONAL FIREFIGHTERS**

**Staff Contact:** John Scribner, Senator Correa, John.Scribner@sen.ca.gov or 916.651.4034

## SB 488 (Lou Correa, D-Santa Ana)
**Use of Public Safety Identifiers in Slate Mailers**

**Sponsor:** California Professional Firefighters
Christy Bouma, Governmental Advocate
Amy Howard, Legislative Director
916.921.9111

**Summary:** Ensures that public safety governmental and organizational logos, insignias, emblems, trademarks and other identifiers are used only with the approval of the governmental agency, department, group or organization to which the identifier belongs. Additionally, this bill requires specified disclosure information to be displayed on a mail piece.

**Status:** Introduced 2/17/11. Awaiting first policy committee referral.

**ISSUE** California's public safety departments and organizations are charged with, among other things, disseminating and enforcing important emergency warnings to the public, including reverse 911 calls, Emergency Broadcast System messages, red flag warnings and other important emergency prevention and evacuation orders that ultimately save lives.

In recent years, certain slate mailer organizations sending political slate mail or other mass mailings have used public safety governmental and organizational logos, insignias and emblems on mail pieces in a creative effort to suggest to the voting public that these public safety entities support or endorse the issue(s) or candidate(s) represented in the mail piece.

The unauthorized use of such identifiers by slate mail organizations creates the very real potential for our state's citizens to be misled and become confused as they attempt to distinguish between legitimate public safety communications and political propaganda. Even worse, is the possibility that important public safety information is disregarded altogether in the event of an emergency because it is inaccurately assumed to be associated with a political campaign or candidate.

## BACKGROUND
Existing state law governing the unauthorized use of specified logos for political purposes has, at times, been creatively manipulated by those seeking to influence the voting public by some slate mailer organizations sending political slate mail or other related mass mailings.

The unauthorized use of public safety governmental or organizational logos, insignias, emblems, trademarks and other identifiers of federal, state, and local agencies, as well as recognized public safety organizations, on political mail pieces deceives recipients and ultimately leads to an erosion of the public's trust.

In order to ensure that the integrity of these identifiers is upheld and in turn, the public's trust in California's public safety entities remains protected, clarification of the law is needed to require that these identifiers be used only with the approval of the governmental agency, department, group or organization to which the identifier belongs.

## WHAT SB 488 DOES
This bill would simply provide that if a slate mailer organization sends a slate mail piece or other mass mailing, which displays a logo, insignia, emblem or trademark identical or substantially similar to a logo, insignia, emblem or trademark of a governmental agency or a nongovernmental organization representing specified public safety personnel, and the use of such would imply the participation or endorsement of that governmental agency or organization, the slate mailer organization would be required to obtain the express written consent of the governmental agency or organization associated with the identifier in their mail piece.

Further, SB 488 would require a slate mail organization to identify the total number of members in the public safety organization identified on its mail piece, as well as the number of members associated with that organization who work or live within the county in which the slate mailer or mass mailing is being delivered.



**Cops Organized for Political Support**

**Official Law Enforcement Voter Guide**

# Official Law Enforcement Endorsements

## Lauren Hammond
### Assembly District 9
*Join with PORAC and other Public Safety Organizations in supporting Lauren for State Assembly. She will fight to keep our streets and schools safe for our children.*

## George Runner*
### Board of Equalization District 2
*George is committed to providing the men and women in law enforcement with the tools they need to fight crime.*

## Jim Cooper*
### Sacramento County Sheriff
*Jim has spent his career protecting our communities and will continue that charge as sheriff.*

**On Tuesday, June 8th, vote for the candidates supported by your public safety members.**



**NOTICE TO VOTERS: THIS DOCUMENT WAS PREPARED BY PORAC OFFICIAL LAW ENFORCEMENT VOTER GUIDE, NOT AN OFFICIAL POLITICAL PARTY ORGANIZATION.**

Appearance in this mailer does not necessarily imply endorsement of others in this mailer, nor does it imply endorsement of, or opposition to, any issues set forth in this mailer. Appearance is paid for and authorized by each candidate and ballot measure which is designated by an *.

Not authorized by a candidate or committee controlled by a candidate if the candidate's name is not designated with an *.

PORAC Official Law Enforcement Voter Guide • 4010 Truxel Road, Sacramento, CA 95834

PRSRT STD
US POSTAGE
PAID
MSI

P-2  P164  AD 9/BOE 2 **************ECRLOT**C017
Ms Vicki Barr
Ms Christine Bouma
2208 23rd Ave
Sacramento, CA 95822-2033

AD 9/BOE 2

WINUK EXHIBIT A, Page 2

# Official Law Enforcement Voter Guide



The Peace Officers Research Association of California (PORAC) was incorporated in 1953 as a professional federation of local, state and federal law enforcement agencies. Today, PORAC is the largest statewide public safety association in the nation. PORAC's core belief is that working together with other agencies throughout California will allow our public safety members to successfully protect the citizens of our state and ensure a safe and welcoming environment in which our future generations can thrive.

## A Statement from the President of PORAC
### Lt. Ron Cottingham

As a testament to their tough anti-crime stance and commitment to public safety, the candidates on this guide have received the endorsement of the Peace Officers Research Association of California.

▶ Peace Officers Research Association of California (PORAC) represents more than **62,000 public safety members.**

▶ PORAC endorsements are non-partisan and cannot be bought nor influenced by political or special interest pressures.

*www.porac.org*
*www.facebook.com/PORAC*

> On election day, June 8th, OR when you vote-by-mail, support your public safety members by voting for the candidates on this guide.

# Official Law Enforcement Endorsements

## PORAC supports these outstanding candidates. We urge you to please vote for them in this important primary election on June 8th.



### Hector De La Torre-Insurance Commissioner
Hector has fought to protect consumers from unscrupulous insurance companies, passing laws to create government accountability. As Insurance Commissioner, Hector will continue this fight against fraud while protecting the consumer by standing up to insurance companies who put profits ahead of people.



### Alberto Torrico- Attorney General
Alberto has been fighting for equal justice for all Californians. Time and again Torrico has stood up for rank and file police officers, firefighters and first responders to make sure they have had the tools they need to keep Californians safe. He is working to reform California's failing prison system as well as safeguard our children with his "safe surrender" program other new laws.



### Tom Torlakson-Superintendant of Public Instruction
Tom has authored legislation to improve the safety of our children and students-including landmark legislation to regulate amusement park rides, to improve reporting of sexual assaults and other crimes against children, combat hazing, and to provide for 4,000 after school programs throughout California.

PAGE 1

No on Proposition 26

Yes on Proposition 25

Yes on Proposition 24

No on Proposition 23

Yes on Proposition 21

No on Proposition 23

No on Prop 20. Yes on Prop 27.

Don't burden our new Governor with yet another bureaucracy that will waste taxpayer dollars.

Meg Whitman
Governor

Bill Lockyer for Treasurer!

ADVERTISEMENT

NEWSLETTER AND VOTER GUIDE

California Public Safety

Policy Issues Institute
5405 Alton Pkwy, Ste. 5A, Irvine, CA 92604
California Public Safety Voter Guide is a Special Project of the Policy Issues Institute

*BCRWSH**C-051

****************

Jennings Family
3309 Marshall Ave
Carmichael, CA 95608-3911

NONPROFIT
U.S. POSTAGE
PAID
PII

# California Public Safety

## NEWSLETTER AND VOTER GUIDE

PAGE 3

**U.S. Senate**



### Carly Fiorina*
Carly Fiorina knows how to create jobs. Boxer has failed.

**State Controller**



### Tony Strickland*
Public safety trusts Strickland to continue exposing fraud in State Government to free up dollars so that we can do our job to protect families.

**Treasurer**



### Bill Lockyer*
Endorsed by Police & Firefighters. Working for change in Sacramento.

**State Senate, 1st District**



### Ted Gaines*
Placer County Sheriff Ed Bonner and El Dorado County D.A. Vern Pierson endorse Ted Gaines.

**Los Rios Community College Dist, Area 1**



### Jacob Wagner*
I promise to promote true conservative budgeting, oppose wasteful spending, and emphasize practical job training.

**Los Rios Community College Dist, Area 6**



### Andy Rytikoff*
Will stop wasteful spending, encourage practical job training, and ensure conservative budgeting in our colleges.

14U026714-957-0011951

### No on Proposition 19*
Allows school bus drivers to smoke pot right before work. Opposed by MADD.



### No on Proposition 20*
Takes power from the people & gives it to a new costly bureaucracy!

### Yes on Proposition 21*
Yes on 21 creates a dedicated Trust Fund to protect California's parks, water and wildlife. Mandates strict accountability, independent audits.

### No on Proposition 22*
Protects developer handouts while public safety and schools get cut

### No on Proposition 23*
Promoted by 2 Texas oil companies—bad for public health, jobs, and our economy. American Lung Association in CA: No on 23.

### No on Proposition 26*
Over 105,000 police officers, firefighters, and sheriffs urge you to vote No on Prop 26. Protects Polluters, Costs Taxpayers Billions.

### Yes on Proposition 27*
Saves millions of taxpayer dollars wasted on bureaucratic nonsense!

TICE TO VOTERS: THIS DOCUMENT WAS PREPARED BY CALIFORNIA PUBLIC SAFETY VOTER GUIDE, NOT AN OFFICIAL POLITICAL PARTY ORGANIZATION. Appearance in this mailer does not essarily imply endorsement of, or opposition to, any issues set forth in this mailer. Appearance is paid for and authorized by each candidate and ballot measure which is designated by an*.

ADVERTISEMENT



# California Public Safety

## NEWSLETTER AND VOTER GUIDE

### NOVEMBER, 2010 • VOLUME 1 • NUMBER 2

PAGE 2

Published Irregularly by California Public Safety Voter Guide • 5405 Alton Pkwy. Ste. 5A, Irvine, CA 92604

# HOLIDAY SAFETY TIPS FROM



Each year during the holiday season fires injure 2,0 people in the U.S. and cause over $500 million dollar damage. By following these holiday safety tips can help keep your family and home firesafe this y season:

**Candles**

Candles are beautiful, popular, and dangerous. Do not leave burning candles unattended, or place them near flammable materials. Make sure they are in a secure place where children and pets won't knock them over. Put candles in a non-tip candleholder before you light them. Make sure all candles are extinguished before you leave the home or office, and before going to bed. The most common area of origin for candle fires is the bedroom, then living rooms, bathrooms and the kitchen.

**Lights:**

Make sure that all indoor and outdoor holiday lights bear the mark of an independent testing laboratory. Throw away any set with cracked lights, frayed cords, or loose or damaged sockets. Don't overload electrical outlets or run extension cords under carpets, across doorways, or near heaters. Be sure extension cords aren't pinched behind or under furniture, and unplug all decorative lights before leaving your home or going to bed.

Never run extension cords across lawns, driveways, or traffic areas. Power for all outdoor lighting should be supplied by permanent weatherproof wiring installed by a professional electrician.

**Kitchen:**

During the holidays much time is spent cooking, so it's critical to take precautions in the kitchen. Be sure to keep pot handles and electrical appliance cords out of the reach of children. Put a lid on a pot or pan to extinguish a food or grease fire, and in the event of an oven fire, turn off the heat and close the oven door.

**Fireplaces:**

Before using your fireplace, have your chimney inspected by a professional for proper installation, cracks, blockages (bird nests), leaks, or creosote build up. Creosote is a chemical substance that forms when wood burns, accumulates in chimneys and can cause a chimney fire if not removed. Be sure to open the flue for adequate ventilation when using the fireplace. Always use a fire screen, and burn only material appropriate for fireplaces. Never burn trash or paper in a fireplace. Burning paper can float up your chimney and onto your roof or onto your neighbors' roof and can cause a fire. Remove ashes from the fireplace in a metal container and store them somewhere outside your home.

**Be Prepared!**

Test all smoke detectors in the house to make sure that they are in proper working order, and be sure to install fresh batteries every six months. Be sure that all family members know how to call the fire department, and make an escape plan so that everyone knows what to do in the event of an emergency.

For more fire safety information, visit www.fire.ca.gov

*Information provided by the CA Department of Forestry & Fire Protection website. www.fire.ca.gov*

ADVERTISEMENT

## No on Proposition 20*
## Yes on Proposition 27*

*"What are the politicians thinking? Unemployment is 12.4%! We are drowning in debt. And the Sacramento politicians are wasting money on yet another bureaucracy. Send the Sacramento Politicians a message! No on 20 & Yes on 27."*
— The California State Firefighters

**Stop wasting our money on Nonsense!**



**No on Prop 20; Yes on Prop 27**

## No on Proposition 22*

Protects developer handouts while public safety and schools get cut by billions. Opposed by taxpayer advocates.



## No on Proposition 23*

Promoted by 2 Texas oil companies—bad for public health, jobs, and our economy. American Lung Association in CA: No on 23.

 STOP the DIRTY ENERGY PROPOSITION

## No on Proposition 19*

## Yes on Proposition 24*

Prevents $1.3 billion in cuts to schools, public safety. Saves jobs. Stops corporate tax giveaways, doesn't raise taxes. 

## Yes on Proposition 25*

Holds legislators accountable for late budgets, breaks deadlock with simple majority vote, doesn't lower 2/3rds vote for taxes. 

## Bill Lockyer*
**TREASURER**
Endorsed by police, firefighters. Fights for taxpayers, honest budgets, public pension reform and change in Sacramento.



## Yes on Proposition 21*

Yes on 21 creates a dedicated Trust Fund to protect California's parks, water and wildlife. Mandates strict accountability, independent audits.



## No on Proposition 26*

Over 105,000 police officers, firefighters, and sheriffs urge you to vote No on Prop 26. Protects Polluters, Costs Taxpayers Billions.



## Tom Torlakson*
**SUPERINTENDENT OF PUBLIC INSTRUCTION**
Tom Torlakson's top priority is to reduce class sizes, wrote the law helping struggling schools improve by funding smaller classes.



## Tony Strickland*
**CONTROLLER**

SENATE COMMITTEE ON ELECTIONS
AND CONSTITUTIONAL AMENDMENTS
Senator Lou Correa, Chair

BILL NO:    **SB 488**          HEARING DATE: **5/3/11**
AUTHOR:     **CORREA**         ANALYSIS BY:  **Darren Chesin**
AMENDED:    **AS INTRODUCED**
FISCAL:     **YES**

## SUBJECT

Slate Mailers

## DESCRIPTION

Existing law, pursuant to the Political Reform Act (PRA) regulates mass mailings, known as slate mailers that support or oppose multiple candidates or ballot measures for an election.  The PRA requires that each slate mailer identify the organization that is sending the slate mailer and make other specified disclosures.  For a more comprehensive description of slate mailer disclosure requirements, see the "Background" discussion below.  Organizations sending slate mailers are also required to file periodic statements reporting payments received and expenditures made to produce slate mailers.

This bill would additionally provide that for a slate mailer or other mass mailing that displays a logo, insignia, emblem, or trademark that is identical or substantially similar to that of a governmental agency or a nongovernmental organization that represents law enforcement, firefighting, emergency medical, or other public safety personnel which would reasonably be understood to imply the participation or endorsement of that agency or organization, the slate mailer organization responsible would be required to obtain prior express written consent of the relevant agency or organization.

This bill would also provide that, if a slate mailer organization sends a slate mailer or other mass mailing that identifies itself or its source material as representing a nongovernmental organization with a name that would reasonably be understood to imply that the organization is composed of, or affiliated with, law enforcement, firefighting, emergency medical, or other public safety personnel, the slate mailer or mass mailing would be required to disclose the total number of members in the organization identified and the number of members working or living within the county in which the slate mailer or mass mailing is being delivered.  This disclosure must appear on the outside of each piece of mail and on at least one of the inserts in no less than 12-point roman type in a color or print that contrasts with the background so as to be easily legible.

This bill would also make specified findings and declarations regarding the unauthorized use of governmental and organizational logos, insignias, emblems, trademarks, and other identifiers for political purposes.

## BACKGROUND

Slate Mail Definitions.  "Slate mailer" is defined in the PRA as a mass mailing which supports or opposes a total of four or more candidates or ballot measures.

A "slate mailer organization" means any person or organization who, directly or indirectly, does all of the following:

- Is involved in the production of one or more slate mailers and exercises control over the selection of the candidates and measures to be supported or opposed in the slate mailers.
- Receives or is promised payments totaling $500 or more in a calendar year for the production of one or more slate mailers.

However, a slate mailer organization does not include any of the following:

- A candidate or officeholder or his or her controlled committee.
- An official committee of any political party.
- A legislative caucus committee.
- A committee primarily formed to support or oppose a candidate, officeholder, or ballot measure.

Slate Mailer Identification and Disclaimer Requirements.  Existing law provides that no slate mailer organization or committee primarily formed to support or oppose one or more ballot measures shall send a slate mailer unless:

- The name and street address of the slate mailer organization or committee are shown on the outside of each piece of slate mail and on at least one of the included inserts in no less than 8-point roman type in a color or print which contrasts with the background so as to be easily legible.

- At the top or bottom of the front side or surface of at least one insert or at the top or bottom of one side or surface of a postcard or other self-mailer, there is a notice in a printed or drawn box in similar font and color consisting of the following statement:

### NOTICE TO VOTERS
**THIS DOCUMENT WAS PREPARED BY (name of slate mailer organization or committee primarily formed to support or oppose one or more ballot measures), NOT AN OFFICIAL POLITICAL PARTY ORGANIZATION.  Appearance in this mailer does not necessarily imply endorsement of others appearing in this mailer, nor does it imply**

---

**SB 488 (CORREA)**                                             **Page 2**

endorsement of, or opposition to, any issues set forth in
this mailer. Appearance is paid for and authorized by each
candidate and ballot measure which is designated by an *.

- Each candidate and each ballot measure that has paid to appear in the slate mailer must be designated by an asterisk (*) which must immediately follow the name of the candidate, or the name or number and position advocated on the ballot measure. Any candidate or ballot measure that has not paid to appear in the slate mailer may not be designated by an asterisk.

- The name of any candidate appearing in the slate mailer who is a member of a political party differing from the political party which the mailer appears by representation or indicia to represent, must be accompanied, immediately below the name, by the party designation of the candidate, in no less than 9-point roman type which shall be in a color or print that contrasts with the background so as to be easily legible.  This designation is not required for candidates for nonpartisan office.

## COMMENTS

1. <u>According to the sponsor</u>, SB 488 ensures that public safety governmental and organizational logos, insignias, emblems, trademarks and other identifiers are used only with the approval of the governmental agency, department, group or organization to which the identifier belongs. Additionally, this bill requires specified disclosure information to be displayed on a mail piece.

   California's public safety departments and organizations are charged with, among other things, disseminating and enforcing important emergency warnings to the public, including reverse 911 calls, Emergency Broadcast System messages, red flag warnings and other important emergency prevention and evacuation orders that ultimately save lives.  In recent years, certain slate mailer organizations sending political slate mail or other mass mailings have used public safety governmental and organizational logos, insignias and emblems on mail pieces in a creative effort to suggest to the voting public that these public safety entities support or endorse the issue(s) or candidate(s) represented in the mail piece.

   The unauthorized use of such identifiers by slate mail organizations creates the very real potential for our state's citizens to be misled and become confused as they attempt to distinguish between legitimate public safety communications and political propaganda.  Even worse, is the possibility that important public safety information is disregarded altogether in the event of an emergency because it is inaccurately assumed to be associated with a political campaign or candidate.

---

**SB 488 (CORREA)**                                                      **Page 3**

Further, SB 488 would require a slate mail organization to identify the total number of members in the public safety organization identified on its mail piece, as well as the number of members associated with that organization who work or live within the county in which the slate mailer or mass mailing is being delivered.

2. <u>Constitutional Issues</u>. Political speech is fully protected under the First Amendment of the United States Constitution.  Governmental action that limits its scope or compels certain language is considered suspect and may be subject to a legal challenge.  In the case of this bill, the requirement that certain slate mailers include information on the numbers of members in their organization may constitute compelled speech. However, existing law already compels slate mailers from specified senders to contain other disclosure statements as described above.

## POSITIONS

**Sponsor:**   California Professional Firefighters

**Support:**   Association of Los Angeles Deputy Sheriffs
Los Angeles Probation Officers Union
Orange County Professional Firefighters Association
Riverside Sheriffs' Association

**Oppose:**   None received

---

**SB 488 (CORREA)**                                                            **Page 4**



*California*
**COMMON CAUSE**
*Holding Power Accountable*

www.commoncause.org/ca

**Los Angeles ◆ Sacramento ◆ San Diego ◆ San Francisco**

May 2, 2011

The Honorable Lou Correa
State Capitol
Sacramento, CA  95814

**RE: SB 488 – SUPPORT**

To Senator Correa,

We are pleased to support SB 488, your bill to tighten accountability for slate mailer organizations.

SB 488 requires written consent from a government agency or non-governmental organization who's symbol, logo or insignia is being nearly copied in a slate mailer. This bill only covers organizations that represent law enforcement, firefighting, emergency medical, or other public safety personnel. We respectfully suggest that this should be expanded to include all organizations with members in California.

SB 488 requires that slate mailers include the number of members in the organization if identifies itself with a name that would be reasonably understood as representing certain public safety personnel. We think this is a strong step forward. We suggest expanding this membership figure requirement for all slate mailers identifying it as what a reasonable person would consider a membership organization. We have seen slate mailers use names that seem to represent an environmental group, but upon investigation are nothing more than a PR front to some other interest.

We hope that you will call on our office if we can be of any further assistance.

Sincerely,

Katie Fleming
Policy Advocate

1005 12th Street., Suite C  /  Sacramento, CA 95814  /  (916) 443-1792



*Helping achieve an open and accountable government*

May 3, 2011

The Honorable Lou Correa
State Capitol
Sacramento, CA 95814

RE: SB 488 – SUPPORT

The California Clean Money Campaign is pleased to support SB 334, your bill to require that slate mailers that display a logo, insignia, emblem, or trademark that is identical or substantially similar to that of a governmental agency or a nongovernmental organization representing law enforcement, firefighting, emergency medical, or other public safety personnel to obtain prior express written consent of the relevant agency or organization.

The California Clean Money Campaign constantly receives complaints from its members and from the public about slate mailer organizations that purposefully appear to represent organizations that they do not actually represent, and are instead selling their endorsements to the highest bidder. SB 488 is an important bill because it decreases the likelihood that members of the voting public will be deceived into believing that a slate mailer represents the endorsement of a real public safety organization when it actually does not.

Making sure that voters are not easily deceived by slate mailers pretending to represent other organizations is of great importance to the democratic process. The main improvement we would seek in SB 488 would be including possible future amendments to broaden the language to help assure that voters aren't deceived by slate mailers pretending to represent other types of organizations. We would be happy to work with your office and Elections Committee staff to develop constitutionally viable language to do so.

Overall, SB 488 is an important step towards increasing transparency of slate mailers and helping the voting public make informed decisions without being deceived.

We hope that you will call on our office if we can be of any further assistance.

Sincerely,

Trent Lange
President
California Clean Money Campaign

---

**California Clean Money Campaign**
3916 S. Sepulveda., Suite 109 ♦ Culver City, CA 90230
Phone (310) 397-0200 ♦ E-mail info@CAclean.org ♦ www.CAclean.org

WINUK EXHIBIT A, Page 11

**PROFESSIONAL FIREFIGHTERS**

March 7, 2011

The Honorable Lou Correa
Member, California State Senate
State Capitol Building
Sacramento, CA  95814

RE:     <u>SB 488</u> – Use of Public Safety Identifiers in Slate Mailers **(SUPPORT/SPONSOR)**

Dear Senator Correa:

On Behalf of the California Professional Firefighters (CPF), state council of the International Association of Fire Fighters, representing over 30,000 career firefighting and emergency medical service personnel statewide, I would like to extend our heartfelt gratitude for your authorship this year of SB 488.

SB 488 clarifies the law to require that these public safety identifiers be used only with the approval of the governmental agency, department, group or organization to which they belong, thus ensuring their integrity is upheld and the public's trust in California's public safety entities remains protected.

The unauthorized use of public safety governmental or organizational logos, insignias, emblems, trademarks and other identifiers of federal, state, and local agencies, as well as recognized public safety organizations, on political mail pieces deceives recipients and ultimately leads to an erosion of the public's trust.

We value your commitment to our state's firefighters and look forward to working with you and your staff as SB 488 makes its way through the process.

Sincerely,

**Christy Bouma**
Governmental Advocate
CB:ah

CALIFORNIA PROFESSIONAL FIREFIGHTERS

**Christy Bouma**
GOVERNMENTAL ADVOCATE

OFFICE (916) 921-9111    FAX (916) 921-1106    christy@cpf.org

 

*Helping achieve an open and accountable government*

July 5, 2011

## ELECTIONS COMMITTEE VOTE ALERT
## SB 488 (Correa) — STRONGLY SUPPORT

The *California Clean Money Campaign* is a statewide nonpartisan, nonprofit organization working to help achieve an open and accountable government by eliminating unfair influence of big money contributions on politics.

**We urge your YES vote on SB 488 (Correa), SB 334, a bill to require that slate mailers that display a logo, insignia, emblem, or trademark that is identical or substantially similar to that of a governmental agency or a nongovernmental organization representing law enforcement, firefighting, emergency medical, or other public safety personnel to obtain prior express written consent of the relevant agency or organization.**

The California Clean Money Campaign constantly receives complaints from its members and from the public about slate mailer organizations that purposefully appear to represent organizations that they do not actually represent, and are instead selling their endorsements to the highest bidder. SB 488 is an important bill because it decreases the likelihood that members of the voting public will be deceived into believing that a slate mailer represents the endorsement of a real public safety organization when it actually does not.

**SB 488 is thus an important step towards increasing transparency of slate mailers and helping the voting public make informed decisions without being deceived.**

---

**California Clean Money Campaign**
3916 S. Sepulveda., Suite 109 ♦ Culver City, CA 90230
Phone (310) 397-0200 ♦ E-mail info@CAclean.org ♦ www.CAclean.org



April 27, 2011


Honorable Lou Correa, Member
California State Senate
State Capitol, Room 5052
Sacramento, California 95814

RE: Senate Bill 488 – Support

Dear Senator Correa:


The Riverside Sheriffs' Association, which represents over 3,200 rank and file deputy
sheriffs, deputy probation officers, law enforcement investigators and counselors,
coroners and bailiffs – the entire law enforcement team in Riverside County - supports
SB 488.

Currently political "mass" mailings must identify the organization sending the mailer and
additionally file periodic statements reporting payments received and expenditures made
to produce these "mass" mailers which list a "slate" of supported or opposed candidates
or ballot initiatives.

SB 488 stipulates a mailer organization which sends a mass mailing that displays a logo,
insignia, emblem or trademark, identical or substantially similar to one used to identify a
governmental or a non-governmental organization representing law enforcement,
(firefighting, emergency medical or other public safety personnel,) that is reasonably
understood to imply the endorsement of that governmental or non-governmental
organization, shall be required to obtain express written consent of the governmental or
non-governmental organization so associated with the logo, insignia, emblem, or
trademark prior to using the identifying mark in the "slate" or "mass" mailing.

If the mailer organization identifies itself as representing a non-governmental
organization with a name that would reasonably be understood to imply that the
organization is composed of or affiliated with law enforcement, firefighting, emergency
medical, or other public safety personnel, then the mailer organization would be required
to disclose the total number of members in the identifiable organization and the number
of members working or living within the county in which the slate mailer is being

6215 RIVER CREST DR., SUITE A • RIVERSIDE, CA 92507
(951) 653-5152 • FAX (951) 653-1943 • (800) 655-4772

WINUK EXHIBIT A, Page 14

delivered.  Abusing the use of an identifying insignia, or a significant logo is not simply a political "dirty trick" but a knowing or willful violation of the Political Reform Act.  It is a misdemeanor with offenders being subject to criminal penalties.

There is public trust given safety organizations on a daily basis.  If that trust is broken because of a political deception, it might not return.  Unauthorized use of logos, insignias, emblems, or trademarks identified with public safety departments, organizations, and professionals also puts a chasm between legitimate communication and political propaganda.  If law enforcement, for example, must issue an emergency warning to the public, there will be potential for citizen disregard of the information because it is assumed the message is associated with a political campaign or candidate that is not to be trusted.  SB 488 authorizes a new government code section be added on the use of logos, insignia, and emblems when sending "mass" or "slate" mailers.  Any non-governmental organization with a name that includes the term "officer," "peace officer," "reserve officer," "deputy," "deputy sheriff," " police," "highway patrol," "California Highway Patrol," " law enforcement," "firefighter," "fire marshal," " paramedic," "emergency medical technician," "public safety," or any other term implying that the organization is composed of, or affiliated with law enforcement, firefighting, emergency medical, or other public safety personnel, shall disclose on the outside of each piece of mail and on at least one of the inserts included with each piece of mail in no less than 12-point roman type, in a color or print that contrasts with the background so as to be easily legible, the total number of members in the organization identified and the number of members working or living within the county in which the slate mailer or mass mailing is being delivered.

SB 488 is meaningful legislation aimed at thwarting misleading political material sent to voters under the guise of representing public safety and its stands on candidates and political issues.  This measure deserves our support.

Very truly yours,

Pat McNamara
President

Timothy H. B. Yaryan
Legislative Counsel and Advocate

cc:  Members/Consultants – Committee on Elections and Constitutional Amendments
RSA

WINUK EXHIBIT A, Page 15

**L.A. COUNTY PROBATION OFFICERS' UNION**

2500 WILSHIRE BOULEVARD, SUITE 1010     LOS ANGELES, CA 90057
(213) 386-5860     FAX (213) 386-5878

April 27, 2011

Honorable Lou Correa, Member
California State Senate
State Capitol, Room 5052
Sacramento, California 95814

RE:  Senate Bill 488 – Support

Dear Senator Correa:

The Los Angeles Probation Officers' Union, AFSCME, Local 685, which represents over 4,000 rank and file deputy probation officers in Los Angeles County, supports SB 488.

Currently political "mass" mailings must identify the organization sending the mailer and additionally file periodic statements reporting payments received and expenditures made to produce these "mass" mailers which list a "slate" of supported or opposed candidates or ballot initiatives.

SB 488 stipulates a mailer organization which sends a mass mailing that displays a logo, insignia, emblem or trademark, identical or substantially similar to one used to identify a governmental or a non-governmental organization representing law enforcement, (firefighting, emergency medical or other public safety personnel,) that is reasonably understood to imply the endorsement of that governmental or non-governmental organization, shall be required to obtain express written consent of the governmental or non-governmental organization so associated with the logo, insignia, emblem, or trademark prior to using the identifying mark in the "slate" or "mass" mailing.

If the mailer organization identifies itself as representing a non-governmental organization with a name that would reasonably be understood to imply that the organization is composed of or affiliated with law enforcement, firefighting, emergency medical, or other public safety personnel, then the mailer organization would be required to disclose the total number of members in the identifiable organization and the number of members working or living within the county in which the slate mailer is being delivered. Abusing the use of an identifying insignia, or a significant logo is not

simply a political "dirty trick" but a knowing or willful violation of the Political Reform Act. It is a misdemeanor with offenders being subject to criminal penalties.

There is public trust given safety organizations on a daily basis. If that trust is broken because of a political deception, it might not return. Unauthorized use of logos, insignias, emblems, or trademarks identified with public safety departments, organizations, and professionals also puts a chasm between legitimate communication and political propaganda. If law enforcement, for example, must issue an emergency warning to the public, there will be potential for citizen disregard of the information because it is assumed the message is associated with a political campaign or candidate that is not to be trusted. SB 488 authorizes a new government code section be added on the use of logos, insignia, and emblems when sending "mass" or "slate" mailers. Any non-governmental organization with a name that includes the term "officer," "peace officer," "reserve officer," "deputy," "deputy sheriff," " police," "highway patrol," "California Highway Patrol," " law enforcement," "firefighter," "fire marshal," " paramedic," "emergency medical technician," "public safety," or any other term implying that the organization is composed of, or affiliated with law enforcement, firefighting, emergency medical, or other public safety personnel, shall disclose on the outside of each piece of mail and on at least one of the inserts included with each piece of mail in no less than 12-point roman type, in a color or print that contrasts with the background so as to be easily legible, the total number of members in the organization identified and the number of members working or living within the county in which the slate mailer or mass mailing is being delivered.

SB 488 is meaningful legislation aimed at thwarting misleading political material sent to voters under the guise of representing public safety and its stands on candidates and political issues. This measure deserves our support.

Very truly yours,

Timothy H. B. Yaryan
Legislative Counsel and Advocate

cc:  Members/Consultants – Committee on Elections and Constitutional Amendments
    Ralph Miller, President, Local 685
    Willie Pelote, Political Director, AFSCME



# Association for Los Angeles Deputy Sheriffs

2 Cupania Circle Monterey Park, CA 91755-7406 • Office: (323) 213-4005 • Fax (323) 724-0140 • www.alads.org

April 27, 2011

Honorable Lou Correa, Member
California State Senate
State Capitol, Room 5052
Sacramento, California 95814



RE: Senate Bill 488 – Support

Dear Senator Correa:

The Association for Los Angeles Deputy Sheriffs, which represents over 8,300 rank and file deputy sheriffs and district attorney investigators in Los Angeles County, supports SB 488.

Currently political "mass" mailings must identify the organization sending the mailer and additionally file periodic statements reporting payments received and expenditures made to produce these "mass" mailers which list a "slate" of supported or opposed candidates or ballot initiatives.

SB 488 stipulates a mailer organization which sends a mass mailing that displays a logo, insignia, emblem or trademark, identical or substantially similar to one used to identify a governmental or a non-governmental organization representing law enforcement, (firefighting, emergency medical or other public safety personnel,) that is reasonably understood to imply the endorsement of that governmental or non-governmental organization, shall be required to obtain express written consent of the governmental or non-governmental organization so associated with the logo, insignia, emblem, or trademark prior to using the identifying mark in the "slate" or "mass" mailing.

If the mailer organization identifies itself as representing a non-governmental organization with a name that would reasonably be understood to imply that the organization is composed of or affiliated with law enforcement, firefighting, emergency medical, or other public safety personnel, then the mailer organization would be required to disclose the total number of members in the identifiable organization and the number of members working or living within the county in which the slate mailer is being delivered. Abusing the use of an identifying insignia, or a significant logo is not

BOARD OF DIRECTORS                                                            An Affiliate of the Marine Engineers Beneficial Association AFL-CIO

Floyd Hayhurst              Mark Divis              George Hofstetter              Dean Galarneau
President                  Vice President              Secretary                    Treasurer
        Robert Connor                Armando Macias              Wendy McDole
        Director                      Director                    Director

simply a political "dirty trick" but a knowing or willful violation of the Political Reform Act. It is a misdemeanor with offenders being subject to criminal penalties.

There is public trust given safety organizations on a daily basis. If that trust is broken because of a political deception, it might not return. Unauthorized use of logos, insignias, emblems, or trademarks identified with public safety departments, organizations, and professionals also puts a chasm between legitimate communication and political propaganda. If law enforcement, for example, must issue an emergency warning to the public, there will be potential for citizen disregard of the information because it is assumed the message is associated with a political campaign or candidate that is not to be trusted. SB 488 authorizes a new government code section be added on the use of logos, insignia, and emblems when sending "mass" or "slate" mailers. Any non-governmental organization with a name that includes the term "officer," "peace officer," "reserve officer," "deputy," "deputy sheriff," " police," "highway patrol," "California Highway Patrol," " law enforcement," "firefighter," "fire marshal," " paramedic," "emergency medical technician," "public safety," or any other term implying that the organization is composed of, or affiliated with law enforcement, firefighting, emergency medical, or other public safety personnel, shall disclose on the outside of each piece of mail and on at least one of the inserts included with each piece of mail in no less than 12-point roman type, in a color or print that contrasts with the background so as to be easily legible, the total number of members in the organization identified and the number of members working or living within the county in which the slate mailer or mass mailing is being delivered.

SB 488 is meaningful legislation aimed at thwarting misleading political material sent to voters under the guise of representing public safety and its stands on candidates and political issues. This measure deserves our support.

Very truly yours,

Timothy H. B. Yaryan
Legislative Counsel and Advocate

cc:  Members/Consultants – Committee on Elections and Constitutional Amendments
     ALADS

# LOS ANGELES POLICE PROTECTIVE LEAGUE
### A PROFESSIONAL POLICE UNION

**BOARD OF DIRECTORS**

PAUL M. WEBER
PRESIDENT

CORINA LEE
VICE PRESIDENT

JOHN R. MUMMA
SECRETARY

RAMÓN ESPINOSA
TREASURER

TYLER IZEN
DIRECTOR

JULIAN MELENDEZ
DIRECTOR

SCOTT RATE
DIRECTOR

PETER R. REPOVICH
DIRECTOR

KRISTI SANDOVAL
DIRECTOR

1308 WEST EIGHTH STREET
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 251-4554
FACSIMILE (213) 251-4566
www.lapd.com

COMPRISED OF
THE POLICE OFFICERS
OF THE CITY
OF LOS ANGELES

June 8, 2011

Honorable Lou Correa, Member
California State Senate
State Capitol, Room 5052
Sacramento, California 95814

RE:  Senate Bill 488 – Support

Dear Senator Correa:

The Los Angeles Police Protective League, which represents nearly 10,000 police officers in the City of Los Angeles, supports SB 488:

> The Political Reform Act of 1974 regulates mass mailings, known as slate mailers that support or oppose multiple candidates or ballot measures for an election. The act requires that each slate mailer identify the slate mailer organization that is sending the slate mailer and make other specified disclosures, and further requires the slate mailer organization to file periodic statements reporting payments received and expenditures made to produce slate mailers.

SB 488 stipulates that a mailer organization which sends a mass mailing that displays a logo, insignia, emblem or trademark, identical or substantially similar to one used to identify a governmental or a non-governmental organization representing law enforcement, (firefighting, emergency medical or other public safety personnel,) that is reasonably understood to imply the endorsement of that governmental or non-governmental organization, shall be required to obtain the express written consent of the governmental or non-governmental organization so associated with the logo, insignia, emblem, or trademark prior to using the identifying mark in the "slate" or "mass" mailing.

If the mailer organization identifies itself as representing a non-governmental organization with a name that would reasonably be understood to imply that the organization is composed of or affiliated with law enforcement, firefighting, emergency medical, or other public safety personnel, then the mailer organization would be required to disclose the total number of members in the identifiable organization and the number

WINUK EXHIBIT A, Page 20

The Honorable Lou Correa
June 8, 2011
Page 2 of 3

to disclose the total number of members in the identifiable organization and the number of members working or living within the county in which the slate mailer is being delivered. Abusing the use of an identifying insignia, or a significant logo is not simply a political dirty trick but a knowing and willful violation of the Political Reform Act and considered a misdemeanor, with offenders being subject to criminal penalties.

The public's trust is given to safety organizations on a daily basis. If that trust is broken because of a political deception, it might not return. Unauthorized use of logos, insignias, emblems, or trademarks identified with public safety departments, organizations, and professionals also puts a chasm between legitimate communication and political propaganda. If, for example, law enforcement had to issue an emergency warning to the public, there might be a potential for the citizenry to disregard the information because it believes the message is associated with a political campaign or candidate that is not to be trusted.

SB 488 authorizes a new government code section to be added on the use of logos, insignia, and emblems when sending "mass" or "slate" mailers. Any non-governmental organization with a name that includes the term "officer," "peace officer," "reserve officer," "deputy," "deputy sheriff," " police," "highway patrol," "California Highway Patrol," " law enforcement," "firefighter," "fire marshal," " paramedic," "emergency medical technician," "public safety," or any other term implying that the organization is composed of, or affiliated with law enforcement, firefighting, emergency medical, or other public safety personnel, shall disclose on the outside of each piece of mail and on any inserts that may be included with each piece of mail, in no less than 12-point roman type, in a color or print that contrasts with the background so as to be easily legible, the total number of members in the organization identified and the number of members working or living within the county in which the slate mailer or mass mailing is being delivered.

The Honrable Lou Correa
June 8, 2011
Page 3 of 3

SB 488 is meaningful legislation aimed at thwarting misleading political material sent to voters under the guise of representing public safety and its stance on candidates and political issues.  This measure deserves our support.

Very truly yours,

BOARD OF DIRECTORS
Los Angeles Police Protective League

PAUL M. WEBER
President

cc:   Members/Consultants – Committee on Elections and Constitutional Amendments
      Tim Yaryan, Legislative Counsel and Advocate

# EXHIBIT B

9/13/13                          Bill Text - SB-488 Political Reform Act of 1974: slate mailers.

Case 2:13-cv-00716-GEB-KJN   Document 26-3   Filed 09/19/13   Page 29 of 31

# *California*
## LEGISLATIVE INFORMATION

**SB-488 Political Reform Act of 1974: slate mailers.**  (2011-2012)

## Senate Bill No. 488

## CHAPTER 865

An act to add Section 84305.7 to the Government Code, relating to the Political Reform Act of 1974.

[ Approved by Governor  September 30, 2012. Filed with Secretary of State September 30, 2012. ]

## LEGISLATIVE COUNSEL'S DIGEST

SB 488, Correa. Political Reform Act of 1974: slate mailers.

The Political Reform Act of 1974 regulates mass mailings, known as slate mailers, that support or oppose multiple candidates or ballot measures for an election. The act requires that each slate mailer identify the slate mailer organization that is sending the slate mailer and make other specified disclosures, and further requires the slate mailer organization to file periodic statements reporting payments received and expenditures made to produce slate mailers.

This bill would provide that, if a slate mailer organization sends a slate mailer or other mass mailing that displays a logo, insignia, emblem, or trademark that is identical or substantially similar to the logo, insignia, emblem, or trademark of a governmental agency or a nongovernmental organization that represents law enforcement, firefighting, emergency medical, or other public safety personnel, and that would reasonably be understood to imply the participation or endorsement of that governmental agency or nongovernmental organization, the slate mailer organization would be required to obtain the express written consent of the governmental agency or nongovernmental organization associated with the logo, insignia, emblem, or trademark prior to using the logo, insignia, emblem, or trademark in the slate mailer or other mass mailing.

This bill would also provide that, if a slate mailer organization sends a slate mailer or other mass mailing that identifies itself or its source material as representing a nongovernmental organization with a name that would reasonably be understood to imply that the organization is composed of, or affiliated with, law enforcement, firefighting, emergency medical, or other public safety personnel, the slate mailer or mass mailing would be required to disclose the total number of members in the organization identified in the slate mailer or mass mailing.

Existing law makes a knowing or willful violation of the Political Reform Act of 1974 a misdemeanor and subjects offenders to criminal penalties.

This bill would impose a state-mandated local program by creating additional crimes.

The California Constitution requires the state to reimburse local agencies and school districts for certain costs mandated by the state. Statutory provisions establish procedures for making that reimbursement.

This bill would provide that no reimbursement is required by this act for a specified reason.

The Political Reform Act of 1974, an initiative measure, provides that the Legislature may amend the act to further the act's purposes upon a 2/3 vote of each house and compliance with specified procedural

WINUK EXHIBIT B, Page 1

9/13/13              Bill Text - SB-488 Political Reform Act of 1974: slate mailers.

Case 2:13-cv-00716-GEB-KJN    Document 26-3    Filed 09/19/13    Page 30 of 31

required.

This bill would declare that it furthers the purposes of the act.

Vote: 2/3   Appropriation: no   Fiscal Committee: yes   Local Program: yes

## THE PEOPLE OF THE STATE OF CALIFORNIA DO ENACT AS FOLLOWS:

SECTION 1. The Legislature finds and declares all of the following:

(a) The spirit of existing state law governing the unauthorized use of specified logos for political purposes has, at times, been creatively manipulated by those seeking to influence the voting public.

(b) The unauthorized use of governmental or organizational logos, insignias, emblems, trademarks, and other identifiers of federal, state, and local governments, and of organizations of governmental officials, on political mailers deceives the recipients and leads to an erosion of the public's trust. The unauthorized use of logos, insignias, emblems, and trademarks used by public safety departments, organizations, and professionals further creates a risk that the public will be misled and confused as it attempts to distinguish between legitimate public safety communications and political propaganda.

(c) California's public safety departments and organizations are charged with disseminating and enforcing important emergency warnings to the public, such as reverse 911 calls, Emergency Broadcast System messages, red flag warnings, and other important emergency prevention and evacuation orders that save lives.

(d) The very real potential exists for our state's citizens to disregard important public safety information in the event of an emergency because they inaccurately assume that it is associated with a political candidate or campaign.

(e) It is therefore the intent of the Legislature to ensure that these logos, insignias, emblems, trademarks, and other identifiers are used only with the approval of the governmental agency, department, group, or organization to which the identifier belongs and, in so doing, to ensure that the integrity of the identifier is upheld and the public's trust in these agencies, departments, groups, and organizations is protected.

SEC. 2. Section 84305.7 is added to the Government Code, to read:

84305.7. (a) If a slate mailer organization sends a slate mailer or other mass mailing that displays a logo, insignia, emblem, or trademark that is identical or substantially similar to the logo, insignia, emblem, or trademark of a governmental agency, and that would reasonably be understood to imply the participation or endorsement of that governmental agency, the slate mailer organization shall obtain the express written consent of the governmental agency associated with the logo, insignia, emblem, or trademark prior to using the logo, insignia, emblem, or trademark in the slate mailer or other mass mailing.

(b) If a slate mailer organization sends a slate mailer or other mass mailing that displays a logo, insignia, emblem, or trademark that is identical or substantially similar to the logo, insignia, emblem, or trademark of a nongovernmental organization that represents law enforcement, firefighting, emergency medical, or other public safety personnel, and that would reasonably be understood to imply the participation or endorsement of that nongovernmental organization, the slate mailer organization shall obtain the express written consent of the nongovernmental organization associated with the logo, insignia, emblem, or trademark prior to using the logo, insignia, emblem, or trademark in the slate mailer or other mass mailing.

(c) If a slate mailer organization sends a slate mailer or other mass mailing that identifies itself or its source material as representing a nongovernmental organization with a name that includes the term "peace officer," "reserve officer," "deputy," "deputy sheriff," "sheriff," "police," "highway patrol," "California Highway Patrol," "law enforcement," "firefighter," "fire marshal," "paramedic," "emergency medical technician," "public safety," or any other term that would reasonably be understood to imply that the organization is composed of, or affiliated with, law enforcement, firefighting, emergency medical, or other public safety personnel, the slate mailer or mass mailing shall disclose on the outside of each piece of mail and on at least one of the inserts included with each piece of mail in no less than 12-point roman type, which shall be in a color or print that contrasts with the background so as to be easily legible, the total number of members in the organization identified in the slate mailer or mass mailing.

WINUK EXHIBIT B, Page 2

SEC. 2. Case 2:13-cv-00716-GEB-KJN the Document 26-3 Filed 09/19/13 the Page 31 of 31 the California Constitution because the only costs that may be incurred by a local agency or school district will be incurred because this act creates a new crime or infraction, eliminates a crime or infraction, or changes the penalty for a crime or infraction, within the meaning of Section 17556 of the Government Code, or changes the definition of a crime within the meaning of Section 6 of Article XIII B of the California Constitution.

SEC. 4. The Legislature finds and declares that this bill furthers the purposes of the Political Reform Act of 1974 within the meaning of subdivision (a) of Section 81012 of the Government Code.

WINUK EXHIBIT B, Page 3