## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                          **JUDGMENT IN A CIVIL CASE**

**LANDSLIDE COMMUNICATIONS, ET AL.,**

                                          CASE NO: **2:13–CV–00716–GEB–KJN**

      v.

**STATE OF CALIFORNIA, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/27/2013**

                                                **Marianne Matherly**
                                                Clerk of Court

    ENTERED:  **December 27, 2013**

                                         by: /s/ D. Waggoner_____
                                                   Deputy Clerk